UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CLASS ACTION
CASE NO. 1:14-cv-24728-CIV-SCOLA/OTAZO-REYES

KENAI BATISTA, ANDY CHANCE,
GERARDO TORRES, ANGELA MATLIN,
AND TUNG NGUYEN, Individually and on
Behalf of Those Similarly Situated,

    *Plaintiffs*,

v.

NISSAN NORTH AMERICA, INC.,

    *Defendant*.

**RESPONSE OF OBJECTING CLASS MEMBERS
WENDY AUKER AND STUART DESNER
TO
UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT
AND MEMORANDUM OF LAW [D.E. 178]**
(*Response Fails to Accurately Identify All Objecting Class Members*)

Objecting class members Wendy Auker and Stuart Dessner in the above-referenced Class Action [D.E. 169], through their undersigned counsel, submit this response to the Unopposed Motion for Final Approval of Class Action Settlement and Memorandum of Law [D.E. 178] ("Motion for Approval").

The Motion for Approval, filed on May 24th, provides an **incomplete list of objectors**. The list omits Ms. Auker and Dessner, who filed their "Objections of Class Members Wendy Auker and Stuart Dessnert to Amended Settlement Agreement [D.E. 156]" on May 16, 2017. *See* D.E. 169. And it omits five other objectors who timely filed their objections before the Motion for Approval as well..

1

CASE NO. 1:14-cv-24728-CIV-SCOLA/OTAZO-REYES

**CORRECTION TO CLASS COUNSEL'S
REPRESENTATION OF OBJECTING CLASS MEMBERS**

The Motion for Approval, discussing the "reaction of the class" and offering that "the percentage of objections and opt-outs is low," identifies the following objection:

1. James W. Thompson [D.E. 160]
2. Rose M. Fairbanks [D.E. 164]
3. Robert Fritz [D.E. 172]
4. Amja Abraham [D.E. 173]
5. Emmed Abraham [D.E. 174]
6. Anitra Peterson [D.E. 175]
7. Andrew Cusack [D.E. 176]

*See* Motion for Approval at 11 & n.3. *And see below*:

> [3] The additional objections filed with the Court are: Thompson, James W. (Dkt. # 160); Fairbanks, Rose M. (Dkt. # 164); Fritz, Robert (Dkt. # 172); Abraham, Amja (Dkt # 173); Abraham, Emmed (Dkt # 174); Peterson, Anitra (Dkt # 175); and Cusack, Andrew (Dkt # 176).

*Id.*

But there are **seven additional objecting class members**, as reflected on the docket, including Ms. Auker and Mr. Dessner [D.E. 169]. These additional objecting class members are as follows:

1. John M. Stanko and Erica L. Wallace [*see* D.E. 163]
2. Brian Haden (entered on the docket at Brian Harden) [*see* D.E. 163]
3. Jean Claude Baucicot [*see* D.E. 167]
4. Aaron Cambridge Kilpatrick [*see* D.E. 168]
5. Wendy Auker and Stuart Dessner [*see* D.E. 169]

CASE NO. 1:14-cv-24728-CIV-SCOLA/OTAZO-REYES

## CONCLUSION

Class Counsel should be required to filed a correction or errata to the Motion for Approval, to correct its recitation of the objecting class members and to provide a complete list, including Ms. Auker and Mr. Dessner.

Respectfully submitted,

By: /s/ *David J. Gorberg*
David J. Gorberg
*pro hac vice*
DAVID J. GORBERG & ASSOCIATES
103 Sibley Ave, Ardmore PA 19003
Telephone: (215) 665-7660
david@mylemon.com

AND

By: /s/ *Elliot B. Kula*
Elliot B. Kula
Florida Bar No. 003794
KULA & ASSOCIATES, P.A.
11900 Biscayne Boulevard, Suite 310
Miami, Florida 33181
Telephone: (305) 354-3858
elliot@kulalegal.com
eservice@kulalegal.com

*Attorneys for Class Members and Objecting Parties, Wendy Auker and Stuart Desner*

CASE NO. 1:14-cv-24728-CIV-SCOLA/OTAZO-REYES

## CERTIFICATION OF SERVICE

I certify that on May 25, 2017 a true and correct copy of the Response of Objecting Class Members Wendy Auker and Stuart Dessner to the Unopposed Motion for Final Approval of Class Action Settlement and Memorandum of Law [D.E.178] was served on all parties in this proceeding via the ECM/ECF system.

                                                /s/ *Elliot B. Kula*

                                                  Elliot B. Kula