UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:14-CV-24728-Scola/Otazo-Reyez

KENAI BATISTA, ANDY CHANCE,
GERARDO TORRES, ANGELA MATLIN,
and TUNG NGUYEN, individually and on
behalf of those similarly situated,

        Plaintiffs,

v.

NISSAN NORTH AMERICA, INC.

        Defendant.
_____/

**AGREED MOTION FOR COURT APPROVAL TO SEND CORRECTED NOTICE**

Defendant Nissan North America, Inc. ("NNA") moves this Court for an Order approving and authorizing dissemination of a corrected notice to individuals who received notice of settlement but who did not purchase or lease a Class Vehicle.

1. On October 10, 2016, Plaintiffs, Kenai Batista, Andy Chance, Gerardo Torres, Angela Matlin and Tung Nguyen filed their Seconded Amended Consumer Class Action Complaint [Dkt. No. 138] asserting breach of express and implied warranties, violation of state consumer protection laws, and seeking injunctive and declaratory relief.

2. On October 25, 2016, the Court entered a Preliminary Approval Order of Class Action Settlement [Dkt. No. 148], approving a class of "[a]ll current and former owners and lessees of 2013-2014 model year Nissan Pathfinder and 2013-2014 model year Infiniti JX35/QX60 vehicles equipped with the FK-*k2 CVT in the United States and its territories, including Puerto Rico."

3. In addition, the Order approved the form and substance of the proposed Class Notice and provided a deadline for the Settlement Administrator to disseminate the Class Notice to the Class Members.

4. On November 8, 2016, the Court entered an Amended Preliminary Approval Order of Class Action Settlement [Dkt. No. 151] extending the deadline to provide notice of the class action settlement to the Class Members until February 6, 2017 to provide sufficient time for the Settlement Administrator to obtain nationwide vehicle registration data from third parties and state agencies.

5. On March 1, 2017, the Court entered a Second Amended Preliminary Approval Order of Class Action Settlement [Dkt. No. 159] which extended the deadline to commence notice of the class action settlement to Class Members to March 21, 2017.

6. Pursuant to the Settlement Agreement, NNA provided the Settlement Administrator with Vehicle Identification Number ("VIN") ranges for the Class Vehicles. Using the VIN ranges, the Settlement Administrator obtained address data for the Settlement Class from R.L. Polk. The settlement Administrator mailed 289,267 Class Notices to the Settlement Class. (*See* Declaration of Lana Luccehi Re: Notice Procedures [Dkt. No. 178-8, ¶ 6].)

7. NNA recently learned that, as a result of an error in the VIN data provided to the Settlement Administration for one of the Class Vehicles, the 2013 model year Infiniti JX35, former owners and lessees of some 2013 model year Infiniti JX35 vehicles not equipped with a FK-*k2 transmission, but instead equipped with a different transmission, received Class Notice. These individuals are not members of the Settlement Class.

8. The Notice to these individuals (as well as Settlement Class members) provided, in part, "[i]f you currently own or lease or previously owned or leased a model year 2013-2014

Nissan Pathfinder or Infiniti JX35/QX60 equipped with the FK-*k2 CVT, you may benefit from a Proposed Class Action Settlement."

9. NNA and the Settlement Administrator are working to verify the VINs of all 2013 model year Infiniti JX35 vehicles not equipped with the FK-*k2 transmission whose current or former owners or lessees were sent Class Notice.

10. The parties believe that it is appropriate for the Settlement Administrator to send a corrected notice to these individuals advising them they are not Settlement Class Members and are not covered by the Settlement in the event that they believe, because of the Class Notice, they are Class Members.

11. A proposed corrected notice is attached hereto as Exhibit A.

12. The cost of the corrected notice will be borne by NNA.

13. NNA will also work with the Settlement Administrator to update the Settlement website to include information about the corrected notice and a copy of the corrected notice.

14. Therefore, NNA respectfully requests that the Court enter an Order approving the content, and authorize the dissemination, of the proposed corrected notice by the Settlement Administrator.

Dated: June 20, 2017

Respectfully submitted,

/s/ F. Jerome Tapley
F. Jerome Tapley
jtapley@cwcd.com
Hirlye R. "Ryan" Lutz, III
(admitted *pro hac vice*)
rlutz@cwcd.com
Adam W. Pittman
(admitted *pro hac vice*)
apittman@cwcd.com
**CORY WATSON, P.C**.
2131 Magnolia Avenue
Birmingham, Alabama 35205

/s/ Ramón A. Abadin
E. Paul Cauley, Jr.
paul.cauley@dbr.com
S. Vance Wittie
vance.wittie@dbr.com
**DRINKER BIDDLE & REATH LLP**
1717 Main Street
Suite 5400
Dallas, TX 75201
T: 469 357-2500
F: 469 327-0860
(admitted pro hac vice)

<div style="display:flex">
<div>

Ronald P. Weil
Ronald@wqmlaw.net
Mary Olszewska
mary@wpmlaw.net
**WEIL QUARANTA MCGOVERN, P.A.**
200 S. Biscayne Blvd., Suite 900
Miami, Florida 33131

Richard C. Newsome
newsome@newsomelaw.com
William C. Ourand
ourand@newsomelaw.com
**NEWSOME MELTON, LLP**
201 S. Orange Ave. Suite 1500
Orlando, Florida 32801-3482

Lawrence D. Deutsch
ideautsch@bm.net
Jeffrey Osterwise
josterwise@bm.net
**BERGER & MONTAGUE PC**
1622 Locust Street
Philadelphia, PA 19103

*ATTORNEYS FOR PLAINTIFFS*

</div>
<div>

**Ramón A. Abadin**
ramon.abadin@sedgwicklaw.com
**SEDGWICK LLP**
One Biscayne Tower, Suite 1500
Two South Biscayne Boulevard
Miami, FL 33131
T: 305 671.2124
F: 877 540 6951

*ATTORNEYS FOR NISSAN NORTH AMERICA, INC.*

</div>
</div>

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 20th day June, 2017, that a true and correct copy of the foregoing was filed with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel or parties of record on the Service List above.

/s/ *Ramón A. Abadin*
Counsel for Nissan North America, Inc.

89105168.1                          4