**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

**CLASS ACTION: CASE NO. 1:14-cv-24728-CIV-SCOLA/OTAZAO-REYEZ**

KENAI BATISTA, ANDY CHANCE,
GERARDO TORRES, ANGELA MATLIN,
and TUNG NGUYEN, individually and on
behalf of those similarly situated,

        Plaintiffs,
v.

NISSAN NORTH AMERICA, INC.,

        Defendant.

**PLAINTIFFS' NOTICE OF FILING [PROPOSED] ORDER AND JUDGMENT
GRANTING FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND
ATTORNEYS' FEES AND EXPENSES**

Plaintiffs, Kenai Batista, Andy Chance, Gerardo Torres, Angela Matlin, and Tung Nguyen, by and through undersigned counsel, hereby notify the Court, the Clerk of Court, and all parties and their counsel of the filing of the attached Proposed Order and Judgment Granting Final Approval of Class Action Settlement and Attorneys' Fees and Expenses ("Proposed Order and Judgment"). The attached Proposed Order and Judgment was previously filed as Exhibit E [DE 156-5] to Plaintiffs' Amended Settlement Agreement [DE 156] on February 16, 2017.

| | |
|---|---|
| **DATED: June 21, 2017** | Respectfully submitted, <br><br> *Mary Olszewska* |
| Ronald P. Weil <br> Rweil@weilquaranta.net <br> Mary Olszewska <br> Molszewska@weilquaranta.net <br> **WEIL QUARANTA, P.A.** <br> 200 S. Biscayne Blvd., Suite 900 <br> Miami, Florida 33131 <br> T: (305) 372-5352 F: (305) 372-5355 | F. Jerome Tapley <br> jtapley@corywatson.com <br> Hirlye R. "Ryan" Lutz, III (*pro hac vice*) <br> rlutz@corywatson.com <br> Adam W. Pittman (*pro hac vice*) <br> apittman@corywatson.com <br> **CORY WATSON, P.C.** <br> 2131 Magnolia Avenue <br> Birmingham, Alabama 35205T: (205) 328-2200 F: (205) 324-7896 |
| Richard C. Newsome | Lawrence D. Deutsch |

newsome@newsomelaw.com
William C. Ourand
ourand@newsomelaw.com
**NEWSOME MELTON, LLP**
201 S. Orange Ave., Suite 1500
Orlando, Florida 32801
T: (407) 648-5977 F: (407) 648-5282

ldeutsch@bm.net
Jeffrey Osterwise
josterwise@bm.net
**BERGER & MONTAGUE PC**
1622 Locust Street
Philadelphia, PA 19103
T: (215) 875-3062 F: (215) 875-4674

Jordan L. Lurie
Jordan.Lurie@CapstoneLawyers.com
**CAPSTONE LAW APC**
1875 Century Park East, Ste. 1000
Los Angeles, CA 90067
T: (310) 712-8155 F: (310) 943-0396

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

    I HERBY CERTIFY that on June 21, 2017, I electronically filed the foregoing with the U.S. District Court Southern District of Florida, using the electronic case filing system of the court. I hereby certify that I have served all counsel of record and/or pro se parties of record electronically or by another manner authorized by the Federal Rules of Civil Procedure.

*/s/ Mary Olszewska*
Mary V. Olszewska