*Batista, et al. v. Nissan North America, Inc.*
In the United States District Court, for the Southern District of Florida, Miami Division
Cause No. 14-cv-24728

Objection Notice of Randall S. Lemer
Dated April 27, 2017

**Randall S. Lemer JD, CPA, CFF, CFE**
6410 Three Flower Lane
Kingwood, TX 77345
(832) 814-1406

---

April 27, 2017

RE: *Batista, et al v. Nissan North America, Inc.,* Cause No. 14-cv-24728

Honorable Robert N. Scola, Jr.
United States District Court, for the Southern District of Florida, Miami Division
Batista, et al. v. Nissan North America, Inc.
Cause No. 14-cv-24728
400 N. Miami Ave.
Miami, Florida 33218

E. Paul Cauley, Jr.
DRINKER BIDDLE & REATH LLP
1717 Main Street, Suite 5400
Dallas, Texas 75201

F. Jerome Tapley
CORY WATSON, P.C.
2131 Magnolia Avenue
Birmingham, Alabama 35205

To the Honorable Robert N. Scola, Jr. and Messrs. Cauley and Tapley:

I am a writing this letter to object to the proposed Settlement Agreement offered to former owners of 2013/2014 Infiniti JX35/QX60s and 2013/2014 Nissan Pathfinders. My objections are: 1) the current settlement process is unreasonable because it does not allow a Class Member that is a former owner to determine whether the Settlement Agreement is fair, reasonable, and adequate before this Settlement Agreement becomes binding and final nor does it provide consistent treatment for all Class Members, 2) the Settlement Agreement does not adequately compensate former owners for their damages, 3) Class Action members are not being treated equally, 4) having only one subclass of former owners and one damage remedy for this former owner subclass does not address inherent damage differences in this relatively broad subclass, and 5) the only real beneficiary of the Settlement Agreement related to former owners is Nissan North America because it generates more benefits to Nissan and its dealerships than it does for former owners. Please see the attached formal objection.

Randall S. Lemer

Randall S. Lemer

**OBJECTION NOTICE**

1. **Name of Lawsuit**

Batista, et al v. Nissan North America, Inc., *Cause No. 14-cv-24728*

2. **Full name, current address, and phone number**

Randall S. Lemer
6410 Three Flower Lane
Kingwood, TX 77345
(832) 814-1406

3. **Whether, as of the date of the written objection, you currently own or lease or whether you previously owned or leased a 2013-2014 model year Nissan Pathfinder or a 2013-2014 Infiniti JX35/QX60, the specific model year(s) and the approximate date(s) of purchase or lease**

I previously owned a 2014 Infiniti QX60. I purchased it on December 30, 2015. Over the next twelve months, I took it into an Infiniti dealership three times to get the transmission issues repaired. After the third visit without getting the issue resolved, as a direct result of this unresolved issue, I sold the 2014 Infiniti QX60 on December 31, 2016. Please see below for a more detailed fact pattern.

a. On December 30, 2015, I purchased a 2014 Infiniti QX60 ("QX60") from Gunn Infiniti in San Antonio, Texas for $36,925. (See Exhibit 1).

b. On April 23, 2016, I took my QX60 in to Sewell Infiniti due to transmission issues. Among other items, the CVT was replaced. (See Exhibit 2)

c. On July 23, 2016, I took my QX60 in to Sewell Infiniti due to continuing transmission issues. Among other items, the control valve assembly, strainer assembly, bracket, and o-ring were replaced. (See Exhibit 3)

d. Over the next several months, I still noticed continuing similar transmission issues, but was swamped at work, and did not have time to take my QX60 back in for service.

e. On November 16, 2016, I took my QX60 in to Sewell Infiniti due to the continuing transmission issues. They did not find anything wrong and no repairs were done. (See Exhibit 4) However, my QX60 still continued to have the same issues.

f. In December 2016, I had to make the choice of continuing to own my QX60 which I believed to have continuing transmission issues or buy another vehicle. As with the

purchase of the QX60, I believed that I could get the best deal on a car purchase at year end.

g. On December 31, 2016, I traded in my QX60 and received $27,500 for trade-in value and purchased a 2016 Audi A6 for $44,500. (See Exhibit 5)

h. On March 22, 2017, after several months of driving the Audi A6 and determining it rode too firm and irritated a pre-existing back injury daily, I traded in my 2016 Audi A6 for $41,000 (which was about the average trade-in value) and purchased a 2013 Infiniti M37 from Sewell Infiniti for $27,259, which was Sewell's original asking price. (See Exhibit 6) (I had talked to other dealers, but the trade-in value offered was substantially lower than what Sewell Infiniti offered, even as low as $34,000. I only bought a 2013 M37 because I had already lost money on two trade-ins within a few months.)

i. On March 25, 2017, just three days later, I received the Class Action Settlement Notice.

Based on the fact pattern above and comparing it to the Settlement Notice, I qualify as a Class Member that is a former owner of a Class Vehicle who has had two or more CVT replacements or repairs to the transmission assembly, valve body and/or torque converter during my ownership and I am eligible for the settlement offer of the Nissan and Infiniti Vehicle Purchase Program pre-negotiated pricing ("VPP Pricing") for Nissan and Infiniti contractors or business associates for a new Infiniti under this proposed Settlement Agreement.

**4. <u>Vehicle Identification Numbers</u>**

a. Class Vehicle - 2014 Infiniti QX60 - 5N1AL0MN3EC536976 (Control # NBX-10147659001-147579)

b. 2016 Audi A6 - WAUFGAFC7GN030922

c. 2013 Infiniti M37 - JN1BY1AP5DM514284

**5. <u>Current odometer mileage of the vehicle(s) currently owned or leased</u>**

The Class Vehicle (2014 QX60) has been sold. However, listed below is the mileage at relevant points in time for the Class Vehicle and my replacement vehicles (See Exhibits 1, 5, and 6):

| | | | Mileage as of | | |
|---|---|---|---|---|---|
| | Purchase Date | Sale Date | Purchase Date | Sale Date | Current |
| 2014 Infiniti QX60 | 12/30/15 | 12/31/16 | 16,618 | 40,623 | N/A |
| 2016 Audi A6 | 12/31/16 | 03/22/17 | 17,398 | 22,159 | N/A |
| 2013 Infiniti M37 | 03/22/17 | N/A | 13,745 | N/A | 15,770 |

**OBJECTION NOTICE**

6. **Each specific reason for your objection, including the factual and legal grounds for your objection**

For current owners or former owners of 2013/2014 Infiniti QX60 or Nissan Pathfinder ("Affected Vehicles" or "QX60"), the whole class is similarly situated regarding liability. There is no question that there were problems with the transmission. As noted in paragraph 59 of the Second Amended Complaint, there were at least 130 individual NHTSA complaints filed. As noted in this same document beginning in Paragraph 33, Nissan North American issued several Technical Service Bulletins regarding this issue. As noted in Section 242 of the Second Amended Complaint, had the Class Members known about the transmission issues, they would not have purchased the Affected Vehicle. I purchased my QX60 used. Had I known about the transmission issues, I would have never purchased the QX60. The legal grounds are the same as noted in the Second Amended Complaint.

The question becomes whether the settlement offer from a damages perspective is reasonable and fair across all Class Members. Currently, the settlement offer is split into two subclasses, current owners of Affected Vehicles and former owners of Affected Vehicles. It is unclear from the documents available to me whether any of the named Plaintiffs actually sold their Affected Vehicles, but it appears they all still own their Affected Vehicles. As such, I am unsure that any of them, Class Counsel, or Defendant's counsel understand the damages impact on former owners or subclasses of former owners versus the damages impact on current owners. As a former owner as described above in Section 3, I am a former owner of a QX60 who purchased it used. I will be addressing my objections primarily from a former owner perspective.

a. **Objection #1 – The current settlement process is unreasonable because it does not allow a Class Member that is a former owner to determine whether the Settlement Agreement is fair, reasonable, and adequate before this Settlement Agreement becomes binding and final nor does it provide consistent treatment for all Class Members.**

The Final Approval Hearing is currently scheduled for June 21, 2017. Per Section 52 of the proposed Settlement Agreement, former owners will not be notified that they are an Authorized VPP Participant until approximately 28 days after the effective date of the Settlement. This timing does not allow a former QX60 owner to know whether he/she is even a Class Member bound by the Settlement Agreement before the Settlement Agreement is binding and final. By contrast, current owners know whether they are a Class Member. This is not fair, reasonable, and adequate nor provides consistent treatment for all Class Members.

**OBJECTION NOTICE**

Second, current owners know what benefit they are receiving (a two year, 24 month extension on their transmission warranty) and can assess the reasonableness of their settlement. Former owners are receiving VPP pricing for the purchase of a new vehicle. To try and assess the Settlement Agreement as a former owner, I went to Sewell Infiniti of Houston to understand the pricing that is being offered to former owners. However, Sewell Infiniti, even after having discussions with its manufacturer representative, is unaware of what pricing is being offered to an Authorized VPP Participant. I also talked to Class Counsel and he does not know the exact details of the settlement offer. He only knows it is the same VPP pricing that Defendant gives to its contractors. As such, neither I nor any other Plaintiff or even Class Counsel can definitively determine whether this Settlement Agreement is fair, reasonable, and adequate before the Settlement Agreement becomes binding on me. This is not fair, reasonable, nor does it provide consistent treatment for all Class Members.

Third, defense lawyers know how much compensation they will receive, most likely based on their hourly billings. Plaintiffs' lawyers know generally how much they will receive (up to $3,750,000). This settlement is not fair, reasonable, nor provides for consistent treatment.

**b. Objection #2 – The Settlement Agreement does not adequately compensate former owners for their damages.**

I have compared 1) the offer in the Settlement Agreement for former owners of a QX60 to 2) any actual damages incurred as a result of the QX60 transmission issues to see if the Settlement Agreement for former owners is fair, reasonable, and adequate.

i. <u>The Offer in the Settlement Agreement for former 2014 QX60 owners</u>

**Former Owner Class Members**

It appears that the settlement terms for former owners attempts to narrow the population of all former QX60 owners down to those that probably sold their QX60 due to transmission issues. Out of the population of all former 2014 QX60 owners, the proposed Settlement Agreement narrows this population down to only former owners that brought their QX60 in for transmission issues at least twice during the time they owned/leased their car. This excludes QX60 owners that never had a transmission issue or those former owners that only had a transmission issue once. Further evidence demonstrates that the former owner Class Members probably sold their cars due to the transmission issue because the average consumer holds on to new cars for approximately 6.5 years (See Exhibit 7). (My time period is shorter than the average consumer because I drive 24,000 miles per year, which is twice the average.)

**Pricing offer**

The settlement offers VPP Pricing under the Nissan and Infiniti VPP pricing for Nissan and Infiniti contractors or business associates. This pricing has not been communicated to former owners nor is it currently available from the dealers or Class Counsel. However, based on one source on the Internet, it appears that this level of VPP discount for an Infiniti will be near dealer invoice plus certain costs. It is unclear what the amount is, but appears to be negligible. (If Class Counsel is being paid on a contingency fee basis, then one can calculate the estimated value being awarded to former owners to see if there is much benefit.) I understand it is the same pricing offered to Infiniti contractors and they haven't even experienced any damages. In fact, some former owners are contractors of Nissan North America and already receive this benefit. Therefore, the settlement offer likely has no value to them.

ii. Actual Damages

I have used the standard but-for methodology, which is the quantification of damages between what the former owner Class Members would have experienced but-for the alleged bad act of the defendant versus what actually occurred. As noted, the former owners of QX60s that can claim any benefits from this Settlement Agreement are former owners that had at least two issues with the transmission. In actuality, they did sell their cars which many of them probably would not have done but-for the transmission issues. Detailed below is an estimate of damages using the but-for methodology.

**But-for**

Except for former owners that leased their cars, it is reasonable to assume that a vast majority of QX60 owners would have kept their QX60 if they did not have several instances of transmission issues. As previously noted, the average consumer holds on to their new cars for approximately 6.5 years. I am one of those former QX60 owners that would have kept my car but-for the transmission issues. On December 31, 2016, my QX60 had 40,623 miles. From December 31, 2016 through March 22, 2017, I drove 4,761 miles in my replacement car. But-for the transmission issues, as of March 22, 2017, I would still own my 2014 QX60 with 45,384 miles. Per NADA, this extra mileage reduced the value of my car by $450 as summarized below: (See Exhibit 8)

**OBJECTION NOTICE**

| 2014 QX60 NADA Values | At 40,623 miles | At 45,384 miles | Change in Value |
|---|---|---|---|
| Rough Trade-in | $23,350.00 | $22,900.00 | ($450.00) |
| Average Trade-in | 25,550.00 | 25,100.00 | (450.00) |
| Clean Trade-in | 27,400.00 | 26,950.00 | (450.00) |
| Clean Retail | 30,350.00 | 29,900.00 | (450.00) |
| Trade-in vs. Retail | ($2,950.00) | ($2,950.00) | ($450.00) |

But-for the transmission issues, I would currently own my QX60 that had a clean trade-in value of $26,950 and clean retail value of $29,900 and only lost $450 in value. This was basically a cost 9.5 cents per mile for this extra mileage.

**Actual**

In actuality, former owners purchased cars that they otherwise would not have purchased. Damages have been incurred on the front end and back end of purchasing replacement cars. First, is the trade-in losses and related transaction costs associated with selling the QX60 and second is the sale of the replacement car and related transactions costs. Third would be the immediate loss in value of the new car purchased under the offered VPP program.

First Loss – Trade-in of QX60

Former owners purchased replacement cars that would not have otherwise been purchased. As noted, average car ownership length is 6.5 years and the QX60s were only a few years old. I have detailed my experience in order to quantify the costs associated with the front end loss.

After owning my QX60 for less than a year and struggling with the concept of a car with questionable transmission quality, I sold my 2014 QX60 on December 31, 2016 for $27,500, which was basically the clean trade-in value at that time ($27,400). This resulted in a trade-in loss of approximately $2,500 (Clean retail value of $30,350, less $450 for mileage, less clean trade-in value of $27,400). See table above. These are typical damages that a former owner would incur after selling their QX60.

In addition, I incurred transaction costs for the replacement car of $400 such as inventory tax, registration fees, title fees, inspection fees, and documentary fees as summarized below (See Exhibit 5):

**OBJECTION NOTICE**

| Cost Type | Total |
|---|---|
| Inventory Tax | $98.48 |
| Registration Fees | 69.25 |
| Title Fees | 33.00 |
| Inspection Fees | 40.75 |
| Documentary Fee | 150.00 |
| Total | $391.48 |

The total for this trade-in of the replacement car (excluding sales taxes) is $2,900. In total, this is representative of what former QX60 owners that purchased their cars would incur for the trade-loss of their QX60.

Second Loss – Sale of Replacement Car

In addition, the former owners will eventually sell their replacement cars that would not have otherwise been purchased. A similar loss has already been incurred on this purchase related to the trade-in loss of the replacement car that won't be realized in cash until the replacement car is sold (but it has been incurred). I have detailed my experience in order to quantify the costs associated with the back end loss.

When I traded in my QX60, I purchased a 2016 Audi A6 with the S Line package for $44,500 with 17,398 miles. Less than three months later and driving it 4,761 miles, I had to sell the Audi A6 due to its firm ride and my pre-existing back injury. I took the Audi A6 to several different dealerships that had a car that I wanted as a new car, but the trade-in value being offered was ridiculously low, even as low as $34,000. Based on NADA (See Exhibit 9), the value of these 4,761 miles of use was only $700 as noted below:

| | Values at 17,398 miles | Values at 22,159 miles | Difference |
|---|---|---|---|
| Clean Retail | $46,425 | $45,725 | ($700) |
| Clean Trade-In | 42,725 | 42,025 | (700) |
| Average Trade-In | 40,700 | 40,000 | (700) |
| Rough Trade-In | 38,275 | 37,575 | (700) |
| Clean Retail vs Average Trade-In | $5,725 | $5,725 | $0 |

After much searching, I found an acceptable (but not perfect) replacement car at Sewell Infiniti. To Sewell Infiniti's credit, they offered $41,000 as trade-in value (roughly average trade-in value) for my Audi A6 and offered to sell me a 2013 Infiniti M37 at their listed sales price. As a result, I incurred a trade-in loss

for the replacement car of at least $2,800 ($44,500 less $700 for mileage used by me, less $41,000). My loss was mitigated due to the kindness of the Sewell dealership family, but others might not be so lucky as the market gets flooded with leased cars, thus depressing used car prices. This type of loss is consistent with the trade-in loss of my first car that would not have happened but-for the transmission issue and what the former owners can expect when they sell their replacement cars.[1] Similar transaction costs of approximately $400 should be expected. The total for the trade-in of my replacement car (excluding sales taxes) was $3,200.

Third Loss – Loss in Purchasing New Car

In addition to these losses, if a former owner was to accept and use the VPP pricing being offered and buy a new car, they will end up coming out of pocket for the trade-in loss on the replacement car and can expect an immediate expected 10% new car value loss once it is driven off the lot.[2] As noted later in Objection #3, for a $54,000 2017 Infiniti Q70, this would be an additional $5,400 in losses plus an additional set of transaction costs, plus sales tax. In Texas, using a trade-in value of $27,500, the sales tax would be another $1,656.

Summary

Former owners have incurred more than an estimated $6,000 in trade-in losses and transaction costs that they would not have otherwise incurred. This doesn't even include the additional $5,400 of expected drive out costs that they would incur for the VPP pricing vehicle being offered if they exercise that option. (Note: Former owners that leased their cars may have some damages, but not as much since they typically trade in their leased cars and would incur similarly calculated trade-in losses and transaction costs as they would have traded in their car after a few years and purchased a new one.) In addition, the former owners will have to come out of pocket for a substantial amount of money to buy this second car. Although not typical for most former owners, for me, I would have to incur yet a third round of trade-in losses.

[1] https://www.carfax.com/guides/buying-used/what-to-consider/car-depreciation

[2] https://www.carfax.com/guides/buying-used/what-to-consider/car-depreciation

**OBJECTION NOTICE**

iii. Comparison of Offer to Actual Damages

Nissan is offering former QX60 owners a discount on the purchase of a new Infiniti that appears to only be a value being offered to a lot of Infiniti contractors and appears to be negligible or no benefit whatsoever because:

- Recent federal government data reflects that the public buys used cars more than twice as often as new cars.[3] Therefore, former owners will not purchase a new car under this VPP pricing.
- Some former owners may already qualify for this proposed pricing because they are Infiniti contractors.
- Former owners that purchased their Affected Vehicles have already replaced their QX60s once and don't want to incur additional trade-in losses, new car pricing losses, and transaction costs.

The former QX60 owners have already incurred more than $6,000 in damages. If they elect to get their settlement benefits by having to buy yet another car, a new Infiniti or Nissan, they will incur another approximately $7,000 plus be out of pocket an additional $20,000 or so to purchase a new car that they could invest elsewhere. Offering a settlement that has negligible value and restricts it to providing additional benefits to Nissan North America (as noted in Objection #5) is not a fair, reasonable, and adequate settlement. For me, I would have to incur yet a third trade-in loss and related transaction costs.

**c. Objection #3 – Class Action members are not being treated equally.**

There are two sets of Class Members, 1) those that have not sold their QX60s, and 2) those that have sold their QX60s.

For the Class Action members that have not sold their QX60s, they are receiving the benefit of an extended warranty on their car. They may not have even had problems with their transmission or it was fixed the first time they brought their car in for this issue. They did not incur any trade-in losses or transaction costs associated with their covered car. They also don't have to do anything further to receive benefits under this proposed Settlement Agreement.

For Class Action members that did sell their QX60, they have been damaged already due to the first sale trade-in losses and transaction costs for the QX60 they already sold plus face future trade-in losses and transaction costs for the replacement car they currently own to obtain any benefits from the Settlement

---

3 https://www.rita.dot.gov/bts/sites/rita.dot.gov.bts/files/publications/national_transportation_statistics/html/table_01_17.html

Agreement. Plus, they would have to come out of pocket a substantial amount of money. For example, the lowest MSRP within 500 miles of Houston for a 2017 Infiniti Q70 is $54,510. I only received $27,500 for the trade in of my 2014 QX60. These losses are more than the Class Action members that did not sell their cars and also require these Class Members to incur additional future losses to obtain limited benefits from the Settlement Agreement. This does not treat Class Members equally. It appears that former owner Class Action members were included as part of this settlement just so Nissan North America could resolve all claims related to this transmission issue at once versus ensuring that former owners were treated fairly and compensated reasonably. (Again, leased cars may have a different calculation.)

**d. Objection #4 – Having only one subclass of former owners and one damage remedy for this former owner subclass does not address inherent damage differences in this relatively broad subclass.**

Defendant has offered the same VPP pricing offer to all former owner Class Members. As noted, former owners are all in the same position from a liability perspective as current owners. However, former owner Class Members are not all similarly situated from other former owners from a damages perspective and have incurred significantly different damage amounts. For instance, industry studies show that there are trends in the U.S. that new car owners lease their cars for one, two, or three years. These customers tend to turn their car back in versus purchase them at the end of the lease. These are former owner Class Members. The vehicles in question or 2013 and 2014 models, which were probably purchased by former owners as early as 2012 and these former owners have already gotten rid of their Affected Vehicle. But-for the transmission issues, they still would have not kept their vehicle and have probably suffered little damages because they would have incurred trade-in losses anyway. However, the settlement offer for them may have some benefit because they buy/lease new cars.

Former owners that purchased their car new have a tendency to buy their cars new. They may have kept their cars longer, but the settlement offer for them may have some benefit because they buy/lease new cars.

By contrast, former owner Class Members who purchased their QX60s used typically don't buy new cars and the settlement offer has no value. For example, former owner Class Members who purchase their car used and only owned their car for a year or less (such as myself) are in a much different damage position than ones that got rid of their cars by the natural terms of their lease. Personally, I can show that there was a direct tie-in from the liability portion of the case to the resulting damages by having to sell my QX60 and would have to incur additional damages by selling the replacement car in order to get benefits, if any, from the settlement offer.

Bundling all former owner QX60 owners together into one subclass and offering this whole subclass one settlement offer is too broad of a subclass and is not fair, reasonable, and adequate because it doesn't compensate former owner Class Members commensurate with their damage position. The subclass of former owners should be broken down into smaller subclasses as allowed under Federal Rules of Civil Procedure 23(c)(5) and be offered different settlement terms as noted in the recommendations section at the end of this Section 6.

**e. Objection #5 – The only real beneficiary of the Settlement Agreement related to former owners is Nissan North America because it generates more benefits to Nissan and its dealerships than it does for former owners.**

As previously noted, typical new car buyers keep their cars for 6.5 years. Assuming the former QX60 owners followed this pattern and did not have to deal with transmission issues, former QX60 owners would not incur trade-in losses or transaction costs. In addition, most of these former QX60 owners would not take advantage of this offered discount because they already bought a replacement car once. In addition, many of the former QX60 owners, such as myself, don't buy new cars. As a result, they would not exercise their offer to buy/lease a new Infiniti and would receive no benefits from this offer even though they incurred losses.

On the other hand, Nissan would make money. From limited research, Nissan offers various types of VPP programs. For VPP pricing offered to Nissan employees, the VPP discount is twice as much as what is being offered to former owners. (See Exhibit 10). As a result, this appears to be proof positive that Nissan will make money on the sales of these new cars being offered since the offered discount is only half of other Nissan VPP programs and I am reasonably comfortable in stating that Nissan is still making money on cars it sells to its employees because they are receiving at least its manufacturer's invoice price.

In addition, Nissan dealerships will make money from this Settlement Agreement because it will be able to buy cars from former owners at the average trade-in price and turn around and sell the cars at the average retail price, as well as probably receiving some sort of payment from Nissan for selling new cars with the offered VPP pricing.

As a result, former QX60 owners would lose approximately $6,000 due to trade-in value losses on the replacement car that they would not have otherwise purchased but-for the QX60 transmission issues as well as the loss with driving the new car off the lot. For me, my losses are even more since I was not in a position to negotiate off the listed sales price of the 2013 M37 that I purchased from them considering the trade-in

value they gave me on the Audi, plus I would be selling yet another car. This settlement offer from Nissan North America is not fair, reasonable, and adequate.

**Recommendations**

**Nissan should offer fair, reasonable, and adequate settlements to former owner Class Members instead of requiring them to outlay additional funds.**

Although former owners are similarly situated from a liability standpoint, they are not similarly situated from a damages standpoint. The Settlement Agreement treats all former owners as if they are similarly situated and they are not. The Settlement Agreement should consider that former owner Class Members are not similarly situated when it comes to damages and should take this into account and offer various types of settlements based on former owner subclasses and how one can directly link the liability issue to damages caused. There are creative ways to address reasonable settlement offers to former owner Class Members for which the Court can direct Counsels to develop. Some ideas for former owner subclasses and related damages are:

1. Former owners that leased their Affected Vehicle new – This subclass has a tendency to buy/lease new cars. As such, an offer that will have some benefit to them is special pricing on a purchase or lease of a new car. One would think the settlement offer should be better than what Nissan North America offers to its contractors that didn't even incur damages or the former owners that already have the benefit by being a Nissan North America contractor. The time frame to exercise this special pricing should be tied to when they originally leased their car so they have the ability to exercise that option when their replacement car comes to the end of its lease or they have owned the replacement car for a reasonable period of time.
2. Former owners that purchased their Affected Vehicle new - This subclass also has a tendency to buy/lease new cars. As such, an offer that will have some benefit to them is special pricing on a purchase or lease of a new car and the settlement offer could be similar to those that leased their cars.
3. Former owners that purchased their Affected Vehicle used – This subclass does not have a tendency to buy cars new. As such, they receive little to no benefit from the current settlement offer and they incurred the most damages. (This subclass could be further delineated into those that had taken their Affected Vehicle in two or more times and no repairs were done on the last service visit and the former owner sold their car within x number of months such as myself. This shows direct cause between the liability and damages.)

Potential settlement offers for this subclass or subclasses are:

- A one-time settlement offer in cash such as the amount paid to Mr. Byong Park as noted in Paragraph 52 of the Amended Settlement Agreement (who received a $5,000 payment and he still has his QX60 and did not even incur trade-in losses and transaction costs and he is getting repairs done for free.) This would compensate for a portion of the trade-in losses and transaction costs and avoid additional funds to buy a new car under the offered VPP pricing and the new car lost value of 10%, and/or
- Make an offer to 1) buy back the replacement vehicle at now current retail value (or price paid less reasonable mileage deduction), plus 2) offer the VPP pricing offered to Nissan employees or clean wholesale pricing on a used car in stock at one of its dealerships.

**7. A detailed list of any other objections to any class action settlements you have submitted to any court, whether State, Federal, or otherwise, in the United States in the previous five (5) years**

I have never filed an objection or had one filed on my behalf to any class action settlements. In fact, in my almost 25 years with an active law license, I have never filed a lawsuit on my behalf or had one filed for me.

**8. All evidence and supporting papers (for example, briefs, written evidence, and declarations) that you want the Court to consider in support of your objections**

Please see attached exhibits in referenced in various sections.

**9. Whether you intend to appear at the Fairness Hearing, also known as a Final Approval Hearing, and whether you will be represented by separate counsel**

I do not presently intend to appear at the Fairness Hearing or be represented by separate counsel.

**10. A list of all persons, if any, who will be called on testify in support of the objection**

None.

# Exhibit 1

EXHIBIT 1 (1 of 2)

**SELLER/DEALER:** GUNN INFINITI, LTD. 12150 I.H. - 10 W San Antonio, TX 78230 (210)824-1272

GUNN

**F&I Mgr.** JOHN HENRY GARCIA

# BUYER'S ORDER

**Deal #** IWL4249

**BUYER'S INFORMATION**

Date 12/30/15 Salesperson SANTRELL TORRES N/A

Buyer's Name RANDALL STEPHEN LEMER

Address 6410 THREE FLOWER

City & State KINGWOOD, TX 77345 Zip

Home Phone (832)814-1406 Bus. Phone (713)221-3920

Cell Phone (832)814-1406 E-Mail RLEMER@ALVAREZANDMARSAL.COM

Est. Delivery Date 12/30/15 Customer #

**TRADE-IN INFORMATION**

Yr. 2012 Make INFINITI Model M56 Mileage 34,305

Lic # IWL4249A VIN# JN1AY1AP5CM530026

Lienholder INFINITI FINANCIAL SERVICES

Acct # N/A Pay-off 31,721.65 Good Through 01/08/16

Lienholder Address 8900 FREEPORT PKWY

City & State IRVING, TX 75063 Zip

Phone # (800)456-6622 Quoted by

**TRADE-IN INFORMATION**

Yr. N/A Make N/A Model N/A Mileage N/A

Lic # N/A VIN# N/A

Lienholder N/A

Acct # N/A Pay-off N/A Good Through N/A

Lienholder Address N/A

City & State Zip

Phone # N/A Quoted by

I hereby certify that the above listed pay-off amount(s) are correct and represent the full pay-off of all liens on my trade-in vehicle(s). If the actual pay-off(s) are greater, I agree to pay the difference in cash or cashier's check to Seller within three days of being notified of the difference. I certify that my trade-in vehicle(s) have not been reconditioned, reconstructed or rebuilt nor has it suffered major damage. Accordingly, the words reconditioned or salvage will not appear on the title(s). I also certify that the mileage and emission control components and systems on my trade-in vehicle(s) have not been tampered with, modified or disconnected.

Buyer's Signature [signature] Co-Buyer's Signature

**VEHICLE INFORMATION**

Stock # IWL4249 VIN# 5N1AL0MN3EC536976

New Used XXX Demo Make INFINITI Miles 16,618

Model QX60 Yr. 2014 Color BLACK/BI

MSRP 36,925.00 Discount N/A OSP 36,925.00

| | Accessories | Included | | Accessories | Owed |
|---|---|---|---|---|---|
| 1 | | | 1 | | N/A |
| 2 | | | 2 | | N/A |
| 3 | | | 3 | | N/A |
| 4 | | | 4 | N/A | N/A |
| 5 | | | 5 | | N/A |
| 6 | | | 6 | | N/A |
| 7 | | | 7 | | N/A |

| | |
|---|---|
| **SELLING PRICE** | 36,925.00 |
| Plus Owed Accessories | N/A |
| **SELLING PRICE w/ ACCESS.** | 36,925.00 |
| Trade-In Appraised Value | 32,000.00 |
| Factory Rebate(s), if any | N/A |
| | |
| **SUB-TOTAL** | 4,925.00 |
| State Motor Vehicle Sales Tax | 307.81 |
| *Dealer's Inventory Tax | 83.04 |
| License-Title-Inspection-Road-Bridge-Fees | 126.75 |
| Balance Due on Trade-In | 31,721.65 |
| | N/A |
| | N/A |
| **Documentary Fee | 166.10 |
| **TOTAL** | 37,330.35 |
| Deposit Receipt # | N/A |
| Cash Down Receipt # | 5,000.00 |
| **AMOUNT TO FINANCE** | 32,330.35 |

Lucy Gonzales DEC 31 2015

7100084277

**DISCLAIMER OF WARRANTY**

The above-described vehicle sold by Seller is sold as is, without either express or implied warranties of any kind by Seller, including warranties of merchantability or fitness, and Buyer will bear the entire expense of repairing or correcting any defects that presently exist or that may occur in the vehicle, unless a written warranty by, or service contract with, Seller covering the described vehicle is delivered to Buyer in conjunction with or within 90 days following the time of the sale, but such vehicle or any of its component parts may be subject to warranty by the manufacturer thereof.

DRAFTING INSTR. ATT. INFINITI FINANCIAL SERVICES

AMOUNT 32,330.35 LIEN DATE 12/30/15

DRAFT ON 12/30/15 THRU

ADDRESS PO BOX 254648

CITY, STATE & ZIP SACRAMENTO, CA 95865-4648

**Acknowledgement:**

Buyer agrees to purchase the vehicle described in this Buyer's Order on the terms set forth herein. This Buyer's Order shall not be binding until signed by Seller. It is expressly agreed to and understood by Buyer and Seller that in the event of a non-credit transaction, Seller retains a security interest in the purchased vehicle until such time as the Buyer has paid the Seller for the vehicle. If a credit purchase, Seller shall not be obligated to sell until approval is given by a financial institution willing to purchase a Retail Installment Contract executed by the Buyer on terms acceptable to the parties hereto. This Buyer's Order does not constitute an agreement or approval for the extension of credit to Buyer.

***The Dealer's Inventory Tax charge is intended to reimburse the dealer for ad valorem taxes on its motor vehicle inventory. The charge, which is paid by the dealer to the county tax assessor-collector, is not a tax imposed on a consumer by the government, and is not required to be charged by the dealer to the consumer.**

****A DOCUMENTARY FEE IS NOT AN OFFICIAL FEE. A DOCUMENTARY FEE IS NOT REQUIRED BY LAW, BUT MAY BE CHARGED TO BUYERS FOR HANDLING DOCUMENTS RELATING TO THE SALE. A DOCUMENTARY FEE MAY NOT EXCEED A REASONABLE AMOUNT AGREED TO BY THE PARTIES. THIS NOTICE IS REQUIRED BY LAW.**

****UN HONORARIO DE DOCUMENTACIÓN NO ES UN HONORARIO OFICIAL. UN HONORARIO DE DOCUMENTACIÓN NO ES REQUERIDO POR LA LEY, PERO PUEDE SER CARGADA AL COMPRADOR COMO GASTOS DE MANEJO DE DOCUMENTOS RELACIONADOS CON UNA VENTA. UN HONORARIO DE DOCUMENTACIÓN NO PUEDE EXCEDER UNA CANTIDAD RAZONABLE ACORDADA POR LAS PARTES. ESTA NOTIFICACIÓN ES REQUERIDA POR LA LEY.**

**See Back of Document for further important information.**

Date 12/30/15 Buyer's/Co-Buyer Signature: [signature] Accepted [signature]

EXHIBIT 1 (1 of 2)

# ODOMETER DISCLOSURE STATEMENT

Federal law (and State law, if applicable) requires that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I, GUNN INFINITI, LTD. (TRANSFEROR'S NAME - PRINT) state that the odometer now reads 16,618 (no tenths) miles and to the best of my knowledge that it reflects the actual mileage of the vehicle described below, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐ (2) I hereby certify that the odometer reading is **NOT** the actual mileage. WARNING — ODOMETER DISCREPANCY.

MAKE: INFINITI

MODEL: QX60 BODY TYPE: DRI/NAV/DVD

VEHICLE IDENTIFICATION NUMBER: 5N1AL0MN3EC536976

YEAR: 2014

TRANSFEROR'S NAME: GUNN INFINITI, LTD. (PRINTED NAME)

TRANSFEROR'S ADDRESS: 12150 I.H. - 10 W (STREET)
San Antonio (CITY) TX (STATE) 78230 (ZIP CODE)

TRANSFEROR'S NAME X [signature] (SIGNATURE)

DATE OF STATEMENT: 12/30/15

TRANSFEREE'S NAME: RANDALL STEPHEN LEMER

TRANSFEREE'S ADDRESS: 6410 THREE FLOWER (STREET)
KINGWOOD (CITY) TX (STATE) 77345 (ZIP CODE)

TRANSFEREE'S NAME X [signature] (SIGNATURE)
RANDALL STEPHEN LEMER (PRINTED NAME)

FORM TEXAS-65

Reynolds and Reynolds

# Exhibit 2

EXHIBIT 2 (1 of 3)

CUSTOMER #

CUSTOMER #: 252320

206977

*INVOICE*

**SEWELL INFINITI of North Houston**

17825 North Freeway
Houston, Texas 77090
(281) 569-3100

RANDALL LEMER
6410 THREEFLOWER LN
KINGWOOD, TX 77345-2514

PAGE 1

HOME: CONT:832-814-1406
BUS: CELL:832-814-1406

SERVICE ADVISOR: 18539 LESLIE NORCOTT

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/ OUT | TAG |
|---|---|---|---|---|---|---|
| | 14 | INFINITI QX60 | 5N1AL0MN3EC536976 | | 25168/25248 | TR0076 |

| IN SERV. DATE | | PROMISED | P.O. NO. | PAYMENT | INV. DATE |
|---|---|---|---|---|---|
| 23APR16 DD | | 17:00 27APR16 | | CASH | 27APR16 |

| R.O. OPENED | READY | OPTIONS: |
|---|---|---|
| 09:51 23APR16 | 15:04 27APR16 | ENG:3.5_Liter |

LINE OPCODE TECH TYPE HOURS LIST NET TOTAL

A WARRANTY CONCERN: C/S WHEN AT ALL SPEEDS GOING FORWARD, THE VEHICLE SHIFTS AND MAKES LIKE A CLUNKING/THUMPING NOISE; C/S IT IS LIKE WHEN THE VEHICLE IS DOWNSHIFTING; C/S IT HAPPENS MORE SO DURING COLD STARTS IN THE MORNING; C/S THE VEHICLE DROPS IN SPEED WHEN THIS HAPPENS

CAUSE: ITB15010/ITB15012

JD01AA R&I AUTOMATIC CVT TRANSAXLE ASSY *
17972 WI (N/C)
1 310CM-3WX3CRE REMAN TRANSAXLE ASSY - AUTOMATIC (N/C)
6 999MP-NS300P NS-3 CVT TRANSMISSION FLUID (N/C)
1 999MP-AM006P TRANSMISSION COOLER FLUSH (N/C)

JD023A COMBINATION: RPL AUTOMATIC CVT TRANSAXLE ASSY
17972 WI (N/C)

JX22AA CVT TROBLE DIAG
17972 WI (N/C)

JX36AA INSPECT CVT CHAIN,CHAIN= NG
17972 WI (N/C)

JX31AA FLUSH CVT OIL COOLER
17972 WI (N/C)

FC: ZE32
PART#: 310CM-3WX3CRE
COUNT: 1
CLAIM TYPE: CM
AUTH CODE:

25248 ITB15010/ITB15012 JD01AA 9.7/ JD023A 0.7/JX22AA 0.5/JX36AA 2.3/JX31AA .7/ 13.90 TCM UPDATED AND VEHICLE DRIVEN. VEHICLE SET CODE P17F1 FOR CVT INSPECTION. PER ITB 15012, REMOVED VALVE BODY AND INSPECTED CHAIN AND FOUND MATING SURFACES OF CHAIN SHOW EXCESSIVE SIGNS OF WEAR. RECEIVED APPROVAL TO REPLACE CVT. AUTH N0425163180657 PFP 310CM3-WX0DRE. REPLACED VALVE BODY IN OLD CVT. PERFORMED TRANS COOLER FLUSH AS PER ITB15010 AND REPLACED CVT. TOPPED FLUID AND VEHICLE DRIVEN

REPAIR AUTHORIZATION

I, as registered owner or authorized agent of the registered owner, hereby authorize Sewell Infiniti North Houston to perform repairs listed on this contract together with Parts, Materials, related sublet service, to drive the described vehicle as deemed necessary for test, and diagnostic purposes, all subject to terms detailed on back of this contract. An express mechanic's lien is hereby acknowledged on above vehicle to secure the amount of repairs thereto.

DISCLAIMER OF WARRANTIES

Any warranties on the products sold hereby are those made by the manufacturer. The seller, Sewell Infiniti North Houston, hereby expressly disclaims all warranties, either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and Sewell Infiniti North Houston, neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products, unless a written warranty by or service contract with the seller covering the described vehicle is delivered to buyer in conjunction with or within 90 days following sale.

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | |
| PARTS AMOUNT | |
| GAS, OIL, LUBE | |
| SUBLET AMOUNT | |
| SHOP SUPPLIES | |
| TOTAL CHARGES | |
| LESS DISCOUNT/INS. | |
| SALES TAX | |
| PLEASE PAY THIS AMOUNT | |

**Sewell Infiniti North Houston Guarantees All Replaced Parts And Labor For 12 Months Or 12,000 Miles Whichever Occurs First.**

Copyright 2014 CDK Global, LLC SERVICE INVOICE TYPE 2 - 6I2C - IMAGING

CUSTOMER COPY

EXHIBIT 2 (2 of 3)

CUSTOMER #

CUSTOMER #: 252320

206977

*INVOICE*

SEWELL INFINITI of North Houston

17825 North Freeway
Houston, Texas 77090
(281) 569-3100

RANDALL LEMER
6410 THREEFLOWER LN
KINGWOOD, TX 77345-2514
HOME: CONT:832-814-1406
BUS: CELL:832-814-1406

PAGE 2

SERVICE ADVISOR: 18539 LESLIE NORCOTT

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/ OUT | TAG |
|---|---|---|---|---|---|---|
| | 14 | INFINITI QX60 | 5N1AL0MN3EC536976 | | 25168/25248 | TR0076 |

| IN SERV. DATE | | | PROMISED | P.O. NO. | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|
| 23APR16 DD | | | 17:00 27APR16 | | CASH | 27APR16 |

| R.O. OPENED | READY | OPTIONS: |
|---|---|---|
| 09:51 23APR16 | 15:04 27APR16 | ENG:3.5_Liter |

LINE OPCODE TECH TYPE HOURS LIST NET TOTAL

OVER NIGHT TO CONFIRM FIX.

**************************************************

B WARRANTY CONCERN: C/S ONE OF THE TAIL LIGHTS IS OUT, CUSTOMER IS NOT SURE WHICH ONE

CAUSE: FUSE SHORTED

RA10AA RPL FUSIBLE LINKS/HOLDER
17972 WI (N/C)
1 24319-8991A FUSE (N/C)

FC: ZE32
PART#: 26557-2U000
COUNT: 0
CLAIM TYPE: PP
AUTH CODE:

25248 RA10AA 0.30 CONFIRMED THAT PASSENGER REAR TAIL LAMP WAS NOT FUNCTIONING WHEN LIGHTS TURNED ON. CONFIRMED THAT PASSENGER REAR TAIL LAMP WAS NOT RECEIVING POWER. CHECKED FUSES AND FOUND FUSE SHORTED IN JUNCTION BOX. REPLACED FUSE FOR TTL LAMP AND RE TESTED OPERATION AND LIGHT NOW WORKING. CHECKED WIRING AND FOUND ALL TESTED GOOD, NO SHORT FOUND IN THE SYSTEM.

**************************************************

C MULTI-POINT INSPECTION

MULTI MULTI-POINT INSPECTION
17972 CI 0.00 0.00

25248 COMPLETED

**************************************************

D CUSTOMER REQUESTS LOAN CAR

LOAN CUSTOMER REQUESTS LOAN CAR
17972 CI 0.00 0.00

**************************************************

E** WARRANTY CONCERN: C/S WHEN AT ALL SPEEDS GOING FORWARD, THE VEHICLE SHIFTS AND MAKES A CLUNKNG/THUMPING NOISE. FEELS LIKE VEH IS DOWNSHIFTING. OCCURS ON COLD ENGINE. OCCURS WHEN VEHICLE DRPOS IN SPEEDS

REPAIR AUTHORIZATION

I, as registered owner or authorized agent of the registered owner, hereby authorize Sewell Infiniti North Houston to perform repairs listed on this contract together with Parts, Materials, related sublet service, to drive the described vehicle as deemed necessary for test, and diagnostic purposes, all subject to terms detailed on back of this contract. An express mechanic's lien is hereby acknowledged on above vehicle to secure the amount of repairs thereto.

DISCLAIMER OF WARRANTIES

Any warranties on the products sold hereby are those made by the manufacturer. The seller, Sewell Infiniti North Houston, hereby expressly disclaims all warranties, either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and Sewell Infiniti North Houston, neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products, unless a written warranty by or service contract with the seller covering the described vehicle is delivered to buyer in conjunction with or within 90 days following sale.

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | |
| PARTS AMOUNT | |
| GAS, OIL, LUBE | |
| SUBLET AMOUNT | |
| SHOP SUPPLIES | |
| TOTAL CHARGES | |
| LESS DISCOUNT/INS. | |
| SALES TAX | |
| PLEASE PAY THIS AMOUNT | |

**Sewell Infiniti North Houston Guarantees All Replaced Parts And Labor For 12 Months Or 12,000 Miles Whichever Occurs First.**

Copyright 2014 CDK Global, LLC SERVICE INVOICE TYPE 2 - 812C - IMAGING

CUSTOMER COPY

EXHIBIT 2 (3 of 3)

CUSTOMER #

CUSTOMER #: 252320

206977

*INVOICE*

SEWELL INFINITI of North Houston
17825 North Freeway
Houston, Texas 77090
(281) 569-3100

RANDALL LEMER
6410 THREEFLOWER LN
KINGWOOD, TX 77345-2514
HOME: CONT:832-814-1406
BUS: CELL:832-814-1406

PAGE 3

SERVICE ADVISOR: 18539 LESLIE NORCOTT

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/OUT | TAG |
|---|---|---|---|---|---|---|
| | 14 | INFINITI QX60 | 5N1AL0MN3EC536976 | | 25168/25248 | TR0076 |

| IN SERV. DATE | | | PROMISED | P.O. NO. | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|
| 23APR16 DD | | | 17:00 27APR16 | | CASH | 27APR16 |

| R.O. OPENED | READY | OPTIONS: |
|---|---|---|
| 09:51 23APR16 | 15:04 27APR16 | ENG:3.5_Liter |

LINE OPCODE TECH TYPE HOURS LIST NET TOTAL

CAUSE: ITB15011
JE99AA REPROGRAM A/T CONTROL UNIT (N/C)
17972 WI
FC: ZE32 PART#: 0 COUNT: 0
CLAIM TYPE: CM
AUTH CODE:

25248 TRANS JUDDER/SLIP CONCERN JE99AA .6/ZE32/ 0.60 DROVE VEHICLE TO VERIFY CUSTOMER CONCERN AND DUPLICATED DOWNSHIFT FEEL AS DESCRIBED BY CUSTOMER. PULLED TRANS DIAG AND FOUND NO CODE PRESENT. CHECKED TCM PART NUMBER AND FOUND PER ITB 15011 THAT TCM REQUIRED UPDATE. PERFORMED TCM UPDATE AND VEHICLE DRIVEN TO SEE IF CONCERN DETECTED. PULLED CODE AFTER DRIVE AND FOUND CODE P17F1 FOR CVT INSPECTION. INSPECTION AND REPAIR PERFORMED ON SEPERATE LINE.

**************************************************

SEWELL INFINITI OF HOUSTON IS COMMITTED TO DELIVERING 100% SATISFACTION. IF FOR ANY REASON YOU ARE NOT COMPLETELY SATISFIED. PLEASE CONTACT OUR MANAGEMENT TEAM DIRECTLY AT 281.569.3220.
THANK YOU FOR BEING A SEWELL CUSTOMER!

REPAIR AUTHORIZATION

I, as registered owner or authorized agent of the registered owner, hereby authorize Sewell Infiniti North Houston to perform repairs listed on this contract together with Parts, Materials, related sublet service, to drive the described vehicle as deemed necessary for test, and diagnostic purposes, all subject to terms detailed on back of this contract. An express mechanic's lien is hereby acknowledged on above vehicle to secure the amount of repairs thereto.

DISCLAIMER OF WARRANTIES

Any warranties on the products sold hereby are those made by the manufacturer. The seller, Sewell Infiniti North Houston, hereby expressly disclaims all warranties, either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and Sewell Infiniti North Houston, neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products, unless a written warranty by or service contract with the seller covering the described vehicle is delivered to buyer in conjunction with or within 90 days following sale.

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | 0.00 |
| PARTS AMOUNT | 0.00 |
| GAS, OIL, LUBE | 0.00 |
| SUBLET AMOUNT | 0.00 |
| SHOP SUPPLIES | 0.00 |
| TOTAL CHARGES | 0.00 |
| LESS DISCOUNT/INS. | 0.00 |
| SALES TAX | 0.00 |
| PLEASE PAY THIS AMOUNT | 0.00 |

**Sewell Infiniti North Houston Guarantees All Replaced Parts And Labor For 12 Months Or 12,000 Miles Whichever Occurs First.**

Copyright 2014 CDK Global, LLC SERVICE INVOICE TYPE 2 - SI2C - IMAGING

CUSTOMER COPY

# Exhibit 3

EXHIBIT 3 (1 of 2)

CUSTOMER #

CUSTOMER #: 252320

215313

*INVOICE*

**SEWELL INFINITI of North Houston**

17825 North Freeway
Houston, Texas 77090
(281) 569-3100

RANDALL LEMER
6410 THREEFLOWER LN
KINGWOOD, TX 77345-2514

PAGE 1

HOME: CONT:832-814-1406
BUS: CELL:832-814-1406

SERVICE ADVISOR: 18539 LESLIE NORCOTT

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/ OUT | TAG |
|---|---|---|---|---|---|---|
| | 14 | INFINITI QX60 | 5N1AL0MN3EC536976 | | 30914/30933 | TG016 |

| IN SERV. DATE | | | PROMISED | P.O. NO. | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|
| 23APR16 DD | | | 17:00 29JUL16 | | CASH | 28JUL16 |

| R.O. OPENED | READY | OPTIONS: |
|---|---|---|
| 08:17 23JUL16 | 07:52 28JUL16 | ENG:3.5_Liter |

LINE OPCODE TECH TYPE HOURS LIST NET TOTAL

A SERVICE RESERVATION BOOKED BY CCC
CCC SERVICE RESERVATION BOOKED BY CCC
17570 CI 0.00 0.00
30933

***************************************************

B WARRANTY CONCERN: C/S BETWEEN THE SPEEDS OF 0- 30 MPH, THE VEHICLE SHUTTERS/JITTERS; C/S THE VEHICLE FEELS LIKE IT DOES NOT WANT TO SHIFT AT SPEEDS GREATER THAN 30 MPH AND THE RPM'S INCREASE

CAUSE: ITB15012

JX37AA INSPECT CVT CHAIN
17570 WI (N/C)
1 31705-29X0C VALVE ASSY - CONTROL (N/C)
1 31728-29X0D STRAINER ASSY-OIL (N/C)
1 31069-3VX0D BRACKET (N/C)
1 24224-3VX0B CLIP (N/C)
1 31397-1XF0D GASKET-OIL PAN (N/C)
1 31528-1XZ0A SEAL-LIP (N/C)
1 11026-JA00A WASHER DRAIN (N/C)
2 22180-9NB0A SEAL-O RING (N/C)
7 999MP-NS300P NS-3 CVT TRANSMISSION FLUID (N/C)

JD48AA RPL CVT CONTROL VALVE ASSY
17570 WI (N/C)

FC: ZE32
PART#: 3170529X0C
COUNT: 1
CLAIM TYPE: PP
AUTH CODE:

30914 JX37AA (.3),JD48AA (2.4) 2.70 ROAD TESTED VEHICLE AND VERIFIED TRANSMISSION JUDDER. PULLED CURRENT DIAGNOSTIC CODE P17F1 FOR "CVT JUDDER (C/V INSPECTION). BEGAN INSPECTION BY REMOVING LEFT FRONT WHEEL AND LEFT FRONT FENDER SIDE PROTECTOR TO DISCONNECT THE CVT UNIT HARNESS CONNECTOR. AFTER DISCONNECTING THE CONNECTOR I REMOVED THE LOWER OIL PAN, THEN REMOVED CONTROL VALVE ASSEMBLY. INSPECTED THE CVT

REPAIR AUTHORIZATION

I, as registered owner or authorized agent of the registered owner, hereby authorize Sewell Infiniti North Houston to perform repairs listed on this contract together with Parts, Materials, related sublet service, to drive the described vehicle as deemed necessary for test, and diagnostic purposes, all subject to terms detailed on back of this contract. An express mechanic's lien is hereby acknowledged on above vehicle to secure the amount of repairs thereto.

DISCLAIMER OF WARRANTIES

Any warranties on the products sold hereby are those made by the manufacturer. The seller, Sewell Infiniti North Houston, hereby expressly disclaims all warranties, either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and Sewell Infiniti North Houston, neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products, unless a written warranty by or service contract with the seller covering the described vehicle is delivered to buyer in conjunction with or within 90 days following sale.

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | |
| PARTS AMOUNT | |
| GAS, OIL, LUBE | |
| SUBLET AMOUNT | |
| SHOP SUPPLIES | |
| TOTAL CHARGES | |
| LESS DISCOUNT/INS. | |
| SALES TAX | |
| PLEASE PAY THIS AMOUNT | |

**Sewell Infiniti North Houston Guarantees All Replaced Parts And Labor For 12 Months Or 12,000 Miles Whichever Occurs First.**

Copyright 2014 CDK Global, LLC SERVICE INVOICE TYPE 2 - 812C - IMAGING

CUSTOMER COPY

EXHIBIT 3

(2 of 2)

CUSTOMER #

CUSTOMER #: 252320

215313

*INVOICE*

SEWELL INFINITI of North Houston

17825 North Freeway
Houston, Texas 77090
(281) 569-3100

RANDALL LEMER
6410 THREEFLOWER LN
KINGWOOD, TX 77345-2514
HOME: CONT:832-814-1406
BUS: CELL:832-814-1406

PAGE 2

SERVICE ADVISOR: 18539 LESLIE NORCOTT

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/ OUT | TAG |
|---|---|---|---|---|---|---|
| | 14 | INFINITI QX60 | 5N1AL0MN3EC536976 | | 30914/30933 | TG016 |

| IN SERV. DATE | | | PROMISED | P.O. NO. | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|
| 23APR16 DD | | | 17:00 29JUL16 | | CASH | 28JUL16 |

| R.O. OPENED | READY | OPTIONS: |
|---|---|---|
| 08:17 23JUL16 | 07:52 28JUL16 | ENG:3.5_Liter |

LINE OPCODE TECH TYPE HOURS LIST NET TOTAL

CHAINS USING BORESCOPE J-51951 FOR ANY ABNORMAL WEAR AND THERE WAS NONE PRESENT. REPLACED CONTROL VALVE ASSEMBLY, STRAINER ASSEMBLY, BRACKET AND ORING. REPLACED OIL PAN GASKET AND INSTALLED ALL PARTS IN REVERSE ORDER. PROGRAMMED NEW CONTROL VALVE AND ROAD TESTED TO VERIFY CONCERN IS CORRECTED.

**************************************************

C C/S THE AIR CONDITIONING IS MAKING A LOUD HUMMING NOISE COMING FROM THE PASSENGER DASH AREA; CUSTOMER TEST DROVE WITH CHRIS L.
MECH MECHANICAL
17570 CI 99.95 99.95
30933 0.50 VERIFIED LOUD HUMMING NOISE WHEN AC IS ON. REMOVED BLOWER MOTOR AND FOUND LEAVES INSIDE CAUSING HUMMING NOISE. CLEANED OUT BLOWER MOTOR AND RE INSTALLED IT. NO LONGER HEARD LOUD HUMMING NOISE.

**************************************************

D MULTI-POINT INSPECTION: CUSTOMER PERFORMS MAINTENANCE ELSEWHERE
MULTI MULTI-POINT INSPECTION
17570 CI 0.00 0.00
30933 COMPLETED MPI

**************************************************

E CUSTOMER REQUESTS LOAN CAR
LOAN CUSTOMER REQUESTS LOAN CAR
17570 CI 0.00 0.00

**************************************************

F COMPLIMENTARY CAR WASH
WASH COMPLIMENTARY CAR WASH
17570 CI 0.00 0.00

**************************************************

SEWELL INFINITI OF HOUSTON IS COMMITTED TO DELIVERING 100% SATISFACTION. IF FOR ANY REASON YOU ARE NOT COMPLETELY SATISFIED. PLEASE CONTACT OUR MANAGEMENT TEAM DIRECTLY AT 281.569.3220.
THANK YOU FOR BEING A SEWELL CUSTOMER!

REPAIR AUTHORIZATION

I, as registered owner or authorized agent of the registered owner, hereby authorize Sewell Infiniti North Houston to perform repairs listed on this contract together with Parts, Materials, related sublet service, to drive the described vehicle as deemed necessary for test, and diagnostic purposes, all subject to terms detailed on back of this contract. An express mechanic's lien is hereby acknowledged on above vehicle to secure the amount of repairs thereto.

DISCLAIMER OF WARRANTIES

Any warranties on the products sold hereby are those made by the manufacturer. The seller, Sewell Infiniti North Houston, hereby expressly disclaims all warranties, either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and Sewell Infiniti North Houston, neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products, unless a written warranty by or service contract with the seller covering the described vehicle is delivered to buyer in conjunction with or within 90 days following sale.

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | 99.95 |
| PARTS AMOUNT | 0.00 |
| GAS, OIL, LUBE | 0.00 |
| SUBLET AMOUNT | 0.00 |
| SHOP SUPPLIES | 0.00 |
| TOTAL CHARGES | 99.95 |
| LESS DISCOUNT/INS. | 0.00 |
| SALES TAX | 0.00 |
| PLEASE PAY THIS AMOUNT | 99.95 |

**Sewell Infiniti North Houston Guarantees All Replaced Parts And Labor For 12 Months Or 12,000 Miles Whichever Occurs First.**

Copyright 2014 CDK Global, LLC SERVICE INVOICE TYPE 2 - 8I2C - IMAGING

CUSTOMER COPY

# Exhibit 4

EXHIBIT 4 (1 of 2)

CUSTOMER #

CUSTOMER #: 252320

226444

*INVOICE*

SEWELL INFINITI of North Houston
17825 North Freeway
Houston, Texas 77090
(281) 569-3100

RANDALL LEMER
6410 THREEFLOWER LN
KINGWOOD, TX 77345-2514
HOME: CONT:832-814-1406
BUS: CELL:832-814-1406

PAGE 1

SERVICE ADVISOR: 19082 Kayle Marie Haberst

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/ OUT | TAG |
|---|---|---|---|---|---|---|
| | 14 | INFINITI QX60 | 5N1AL0MN3EC536976 | | 37858/37868 | TP5606 |

| IN SERV. DATE | | | PROMISED | P.O. NO. | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|
| 23APR16 DD | | | 18:00 16NOV16 | | CASH | 17NOV16 |

| R.O. OPENED | READY | OPTIONS: ENG:3.5_Liter |
|---|---|---|
| 17:35 16NOV16 | 18:14 17NOV16 | |

LINE OPCODE TECH TYPE HOURS LIST NET TOTAL

A SERVICE RESERVATION BOOKED BY CCC
CCC SERVICE RESERVATION BOOKED BY CCC
17570 CI 0.00 0.00
***************************************************

B REPLACE OCS ECU-R1606-ITB16-018
CAUSE: R1606
R1606 REPLACE OCS ECU-R1606-ITB16-018
17570 WCM (N/C)
1 98856-9NF8A CONTROLLER ASSY-OCCUPANT SENSOR (N/C)
FC: PART#: COUNT:
CLAIM TYPE: CM
AUTH CODE:

37858 R16060 0.70 REPLACED OCS ECU PER ITB16-018
***************************************************

C WARRANTY CONCERN-C.S THE BRAKE ASSIST, THE LIGHT DOES NOT TURN OFF C.S WHEN IT IS ON, IT IS VERY SENSITIVE EX. WITHIN 5 OR 6 FEET - PLEASE ADVISE
WTY WARRANTY CONCERN
17570 II (N/C)
37858 ROAD TESTED VEHICLE AND BRAKE ASSIST IS OPERATING NORMAL. COMPARED TO ANOTHER VEHICLE.
***************************************************

D WARRANTY CONCERN- C.S THE TRANSMISSON NOT SHIFTIING PROPERLY, NOT AS OFTEN BUT STILL HAPPENS C.S AROUND 3000 OR 4000 RPMS DOES NOT WANT TO SHIFT - PLEASE ADVISE ON PREVIOUS REPAIR ORDERS -215313 07/28/16 30933
WTY WARRANTY CONCERN
17570 II (N/C)
37858 DID NOT FIND ANY PROBLEMS AT THE TIME. PLEASE NOTIFY CUSTOMER OF NORMAL CVT OPERATION. IT DOES NOT SHIFT LIKE A NORMAL TRANSMISSION. WHEN IN SPORT MODE IT IS SIMULATED. VEHICLE WAS IN SPORT MODE WHEN I FIRST GOT IN IT.
***************************************************

REPAIR AUTHORIZATION

I, as registered owner or authorized agent of the registered owner, hereby authorize Sewell Infiniti North Houston to perform repairs listed on this contract together with Parts, Materials, related sublet service, to drive the described vehicle as deemed necessary for test, and diagnostic purposes, all subject to terms detailed on back of this contract. An express mechanic's lien is hereby acknowledged on above vehicle to secure the amount of repairs thereto.

DISCLAIMER OF WARRANTIES

Any warranties on the products sold hereby are those made by the manufacturer. The seller, Sewell Infiniti North Houston, hereby expressly disclaims all warranties, either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and Sewell Infiniti North Houston, neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products, unless a written warranty by or service contract with the seller covering the described vehicle is delivered to buyer in conjunction with or within 90 days following sale.

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | |
| PARTS AMOUNT | |
| GAS, OIL, LUBE | |
| SUBLET AMOUNT | |
| SHOP SUPPLIES | |
| TOTAL CHARGES | |
| LESS DISCOUNT/INS. | |
| SALES TAX | |
| PLEASE PAY THIS AMOUNT | |

**Sewell Infiniti North Houston Guarantees All Replaced Parts And Labor For 12 Months Or 12,000 Miles Whichever Occurs First.**

Copyright 2014 CDK Global, LLC SERVICE INVOICE TYPE 2 - 8I3C - IMAGING

CUSTOMER COPY

EXHIBIT 4 (2 of 2)

CUSTOMER #

CUSTOMER #: 252320

226444

*INVOICE*

SEWELL INFINITI of North Houston
17825 North Freeway
Houston, Texas 77090
(281) 569-3100

RANDALL LEMER
6410 THREEFLOWER LN
KINGWOOD, TX 77345-2514
HOME: CONT:832-814-1406
BUS: CELL:832-814-1406

PAGE 2

SERVICE ADVISOR: 19082 Kayle Marie Haberst

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/ OUT | TAG |
|---|---|---|---|---|---|---|
| | 14 | INFINITI QX60 | 5N1AL0MN3EC536976 | | 37858/37868 | TP5606 |

| IN SERV. DATE | | | PROMISED | P.O. NO. | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|
| 23APR16 DD | | | 18:00 16NOV16 | | CASH | 17NOV16 |

| R.O. OPENED | READY | OPTIONS: |
|---|---|---|
| 17:35 16NOV16 | 18:14 17NOV16 | ENG:3.5_Liter |

| LINE OPCODE TECH TYPE HOURS | LIST | NET | TOTAL |
|---|---|---|---|
| E RECHECK-215313 07/28/16 30933<br>RECHECK RECHECK-<br>17570 CI | | 0.00 | 0.00 |
| F MULTI-POINT INSPECTION<br>MULTI MULTI-POINT INSPECTION<br>17570 II<br>37868 COMPLETED MPI | | | (N/C) |
| G COMPLIMENTARY CAR WASH<br>WASH COMPLIMENTARY CAR WASH<br>17570 II | | | (N/C) |

SEWELL INFINITI OF HOUSTON IS COMMITTED TO DELIVERING 100% SATISFACTION. IF FOR ANY REASON YOU ARE NOT COMPLETELY SATISFIED. PLEASE CONTACT OUR MANAGEMENT TEAM DIRECTLY AT 281.569.3220.
THANK YOU FOR BEING A SEWELL CUSTOMER!

REPAIR AUTHORIZATION

I, as registered owner or authorized agent of the registered owner, hereby authorize Sewell Infiniti North Houston to perform repairs listed on this contract together with Parts, Materials, related sublet service, to drive the described vehicle as deemed necessary for test, and diagnostic purposes, all subject to terms detailed on back of this contract. An express mechanic's lien is hereby acknowledged on above vehicle to secure the amount of repairs thereto.

DISCLAIMER OF WARRANTIES

Any warranties on the products sold hereby are those made by the manufacturer. The seller, Sewell Infiniti North Houston, hereby expressly disclaims all warranties, either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and Sewell Infiniti North Houston, neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products, unless a written warranty by or service contract with the seller covering the described vehicle is delivered to buyer in conjunction with or within 90 days following sale.

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | 0.00 |
| PARTS AMOUNT | 0.00 |
| GAS, OIL, LUBE | 0.00 |
| SUBLET AMOUNT | 0.00 |
| SHOP SUPPLIES | 0.00 |
| TOTAL CHARGES | 0.00 |
| LESS DISCOUNT/INS. | 0.00 |
| SALES TAX | 0.00 |
| PLEASE PAY THIS AMOUNT | 0.00 |

**Sewell Infiniti North Houston Guarantees All Replaced Parts And Labor For 12 Months Or 12,000 Miles Whichever Occurs First.**

Copyright 2014 CDK Global, LLC SERVICE INVOICE TYPE 2 - S12C - IMAGING

CUSTOMER COPY

# Exhibit 5

EXHIBIT 5 (1 of 4)

**DEAL#: 162322**
**CUST# 179214**
**STK# GN030992**

## Texas Disclosure of Equity In Trade-In Motor Vehicle

The information below is valid as of 12/31/2016 (date) and after this date is no longer valid.

| Name of Buyer(s)<br>RANDALL STEPHEN LEMER<br><br>Date 12/31/2016 | Trade-In<br>Make / Model / Year<br>INFINITI QX60 2014<br>VIN # 5N1AL0MN3EC536976 | |
|---|---|---|
| Dealership Allowance for Trade-In | $ 27500.00 | |
| Amount Owed on Trade-In | $ 26687.68 | |
| Equity Amount<br><br>* If the EQUITY amount is NEGATIVE, the value the dealer is offering for your trade-in is less than what you currently owe on your trade-in. The amount of negative equity may be further reduced by the amount of any cash downpayment and manufacturer's rebate and may be included in the Amount Financed under your retail installment contract as an itemized charge. | $ 812.32 | Equity:<br>☒ POSITIVE<br>☐ NEGATIVE |
| Cash Price of Vehicle | $ 44500.00 | |
| Amount Financed | $ 35141.66 | |

I have received a completed copy of the Texas Disclosure of Equity In Trade-In Motor Vehicle form before I signed the retail installment contract.

Buyer(s) Signature(s) [signature] Date 12/31/2016

Dealer's Signature [signature] Date 12/31/2016

Dealer's Printed Name
ALAN A FORDYCE

Name of Dealership: AUDI NORTH HOUSTON
Street Address: 17815 NORTH FREEWAY
City, State, Zip: HOUSTON TX 77090
Telephone No.: 281/214-0500

EXHIBIT 5 (3 of 4)

**ITEMIZATION OF AMOUNT FINANCED**

1 Cash Price (including any accessories, services, taxes, N/A $ N/A N/A $ N/A
N/A $ N/A, and N/A $ N/A $ 44500.00 (1)

2 Total Downpayment = (If negative, enter "0" and see Line 4A below)

| | |
|---|---|
| Gross Trade-In | $ 27500.00 |
| – Pay Off Made By Seller | $ 26687.68 |
| – Cash Paid to Buyer for Trade-In | $ N/A |
| = Net Trade-In | $ 812.32 |
| + Cash | $ 10000.00 |
| + Mfrs. Rebate | $ N/A |
| + Other (describe) N/A | $ N/A |
| Total Downpayment | $ 10812.32 (2) |

3 Unpaid Balance of Cash Price (1 minus 2) $ 33687.68 (3)

4 Other Charges Including Amounts Paid to Others on Your Behalf (Seller may keep part of these amounts.):

A Net trade-in payoff to N/A $ N/A

B Cost of Optional Credit Insurance Paid to Insurance Company or Companies.
Life $ N/A
Disability $ N/A $ N/A

C Other Optional Insurance Paid to Insurance Company or Companies $ N/A

D Official Fees Paid to Government Agencies
1) to N/A for N/A $ N/A
2) to N/A for N/A $ N/A
3) to N/A for N/A $ N/A

E Debt Cancellation Agreement Fee Paid to the Seller $ N/A

F Dealer's Inventory Tax (if Not Included in Cash Price) $ 98.48

G Sales Tax (if Not Included in Cash Price) $ 1062.50

H Other Taxes (if Not Included in Cash Price) $ N/A

I Government License and/or Registration Fees
LIC 69.25 $ 69.25

J Government Certificate of Title Fees $ 33.00

K Government Vehicle Inspection Fees $ 40.75

L Deputy Service Fee Paid to Dealer $ N/A

M Documentary Fee (Cargo Documental) $ 150.00

A DOCUMENTARY FEE IS NOT AN OFFICIAL FEE. A DOCUMENTARY FEE IS NOT REQUIRED BY LAW, BUT MAY BE CHARGED TO BUYERS FOR HANDLING DOCUMENTS RELATING TO THE SALE. A DOCUMENTARY FEE MAY NOT EXCEED A REASONABLE AMOUNT AGREED TO BY THE PARTIES. THIS NOTICE IS REQUIRED BY LAW.

UN CARGO DOCUMENTAL NO ES UN CARGO OFICIAL. LA LEY NO EXIGE QUE SE IMPONGA UN CARGO DOCUMENTAL, PERO ÉSTE PODRÍA COBRARSE A LOS COMPRADORES POR EL MANEJO DE LA DOCUMENTACIÓN EN RELACIÓN CON LA VENTA. UN CARGO DOCUMENTAL NO PUEDE EXCEDER UNA CANTIDAD RAZONABLE ACORDADA POR LAS PARTES. ESTA NOTIFICACIÓN SE EXIGE POR LEY.

N Other Charges (Seller must identify who is paid and describe purpose.)

| to | for | |
|---|---|---|
| to State | for Plate Transfer Fee | $ N/A |
| to N/A | for N/A | $ N/A |
| to N/A | for N/A | $ N/A |
| to N/A | for N/A | $ N/A |
| to N/A | for N/A | $ N/A |
| to N/A | for N/A | $ N/A |
| to N/A | for N/A | $ N/A |
| to N/A | for N/A | $ N/A |
| to N/A | for N/A | $ N/A |
| to N/A | for N/A | $ N/A |

Total Other Charges and Amounts Paid to Others on Your Behalf $ 1453.98 (4)

5 Amount Financed (3 + 4) $ 35141.66 (5)

**PROPERTY INSURANCE.** You must keep the collateral insured against damage or loss in the amount you owe. You must keep this insurance until you have paid all that you owe under this contract. You may obtain property insurance from anyone you want or provide proof of insurance you already have. The insurer must be authorized to do business in Texas. You agree to give us proof of property insurance. You must name us as the person to be paid under the policy in the event of damage or loss.

If any insurance is checked below, policies or certificates from the insurance companies will describe the terms, conditions, and deductibles.

***Optional Credit Life and Credit Disability Insurance***

Credit life insurance and credit disability insurance are not required to obtain credit. They will not be provided unless you sign and agree to pay the extra cost. Your decision to buy or not buy these insurance coverages will not be a factor in the credit approval process.

☐ Credit Life, one buyer $ N/A Term N/A
☐ Credit Life, both buyers $ N/A Term N/A
☐ Credit Disability, one buyer $ N/A Term N/A
☐ Credit Disability, both buyers $ N/A Term N/A

N/A
(Insurance Company)

N/A
(Home Office Address)

Credit life insurance pays only the amount you would owe if you paid all your payments on time. Credit disability insurance does not cover any increase in your payment or in the number of payments.

If the term of the insurance is 121 months or longer, the premium is not fixed or approved by the Texas Insurance Commissioner.

You want the insurance indicated above.

X N/A — N/A
Buyer's signature — Date

X N/A — N/A
Co-Buyer's signature — Date

***Optional Insurance Coverages and Debt Cancellation Agreement***

The granting of credit will not be dependent on the purchase of either the insurance coverages or the debt cancellation agreement described below. It will not be provided unless you sign and agree to pay the extra cost. The credit approval process will not be affected by whether or not you buy these insurance coverages or the debt cancellation agreement.

| Coverage | Term in Months | | Premium or Fee |
|---|---|---|---|
| GAP* | N/A | ☐ | $ N/A |
| N/A | N/A | ☐ | $ N/A |
| N/A | N/A | ☐ | $ N/A |
| Debt Cancellation Agreement** | N/A | | $ N/A |

N/A
(Insurance Company)

N/A
(Home Office Address)

*If the vehicle is determined to be a total loss, GAP insurance will pay us the difference between the proceeds of your basic collision policy and the amount you owe on the vehicle, minus your deductible. You can cancel that insurance without charge for 10 days from the date of this contract.

**WE WILL CANCEL CERTAIN AMOUNTS YOU OWE UNDER THIS CONTRACT IN THE CASE OF A TOTAL LOSS OR THEFT OF THE VEHICLE AS STATED IN THE DEBT CANCELLATION AGREEMENT. You can cancel the debt cancellation agreement without charge for a period of 30 days from the date of this contract, or for the period stated in the debt cancellation agreement, whichever period ends later.

If the box next to a premium for an insurance coverage included above is checked, that premium is not fixed or approved by the Texas Insurance Commissioner. A debt cancellation agreement is not insurance and is regulated by the Office of the Consumer Credit Commissioner.

For the premiums or fees included above, you want the related optional coverages and debt cancellation agreement.

X N/A — N/A
Buyer's signature — Date

X N/A — N/A
Co-Buyer's signature — Date

**LIABILITY INSURANCE: THIS CONTRACT DOES NOT INCLUDE INSURANCE COVERAGE FOR PERSONAL LIABILITY AND PROPERTY DAMAGE CAUSED TO OTHERS.**

EXHIBIT 5 (3 of 4)

162322

Audi North Houston
A SEWELL COMPANY
17815 North Freeway
Houston, Texas 77090
281 214 0500

# ODOMETER DISCLOSURE STATEMENT

Federal law (and State law, if applicable) requires that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I, AUDI NORTH HOUSTON (TRANSFEROR'S NAME - PRINT) state that the odometer now reads 17398 (no tenths) miles and to the best of my knowledge that it reflects the actual mileage of the vehicle described below, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐ (2) I hereby certify that the odometer reading is NOT the actual mileage. WARNING - ODOMETER DISCREPANCY.

MAKE: AUDI

MODEL: A6 3.0 QT    BODY TYPE: SD

VEHICLE IDENTIFICATION NUMBER: WAUFGAFC7GN030992

YEAR: 2016    LICENSE NO.: TX 09/26

TRANSFEROR'S NAME: AUDI NORTH HOUSTON (PRINTED NAME)

TRANSFEROR'S ADDRESS: 17815 NORTH FREEWAY (STREET)
HOUSTON (CITY) TX (STATE) 77090 (ZIP)

TRANSFEROR'S NAME: [signature] (SELLER/AGENT)

TRANSFEROR'S NAME: ALAN A FORDYCE (PRINTED NAME SAME AS SIGNATURE)

DATE OF STATEMENT: 12/31/2016

TRANSFEREE'S NAME: RANDALL STEPHEN LEMER (PRINTED NAME SAME AS SIGNATURE)

TRANSFEREE'S ADDRESS: 6410 THREE FLOWER (STREET)
KINGWOOD (CITY) TX (STATE) 77345 (ZIP)

TRANSFEREE'S NAME: [signature] (SIGNATURE)

Subscribed and sworn to before me on this ________ day of ____________, ______

______________ Notary Public ______________ County, Texas.

47735*1*S16-FI

EXHIBIT (4 of 4)

162322

Audi North Houston 17815 North Freeway Houston, Texas 77090 281 214 0500
A SEWELL COMPANY

## ODOMETER DISCLOSURE STATEMENT

Federal law (and State law, if applicable) requires that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I, RANDALL STEPHEN LEMER (TRANSFEROR'S NAME - PRINT) state that the odometer now reads 40623 (no tenths) miles and to the best of my knowledge that it reflects the actual mileage of the vehicle described below, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐ (2) I hereby certify that the odometer reading is NOT the actual mileage. WARNING - ODOMETER DISCREPANCY.

MAKE: INFINITI

MODEL: QX60 BODY TYPE: BW

VEHICLE IDENTIFICATION NUMBER: 5N1AL0MN3EC536976

YEAR: 2014 LICENSE NO.: 

TRANSFEROR'S NAME: RANDALL STEPHEN LEMER (PRINTED NAME)

TRANSFEROR'S ADDRESS: 6410 THREE FLOWER (STREET)
KINGWOOD (CITY) TX (STATE) 77345 (ZIP)

TRANSFEROR'S NAME: [signature] (SELLER/AGENT)

TRANSFEROR'S NAME: RANDALL STEPHEN LEMER (PRINTED NAME SAME AS SIGNATURE)

DATE OF STATEMENT: 12/31/2016

TRANSFEREE'S NAME: AUDI NORTH HOUSTON (PRINTED NAME SAME AS SIGNATURE)

TRANSFEREE'S ADDRESS: 17815 NORTH FREEWAY (STREET)
HOUSTON (CITY) TX (STATE) 77090 (ZIP)

TRANSFEREE'S NAME: [signature] (SIGNATURE)

Subscribed and sworn to before me on this ______ day of ______, ______

______ Notary Public ______ County, Texas.

47735*1*S16-FI

# Exhibit 6

**SEWELL** EXHIBIT 6

179214

# RETAIL PURCHASE AGREEMENT

Deal Number: 145487

Purchaser's Name(s): RANDALL STEPHEN LEMER
Date: 03/22/2017
Address: 6410 THREEFLOWER LN KINGWOOD TX 77345-2514
County: HARRIS
☒ Home Phone: 713/221-3920 ☒ Work Phone: 713/501-4908 ☒ Cell Phone: 832/814-1406

E-mail Address: JLITTS6447@AOL.COM

The above information has been requested so that we may verify your identity. By signing below, you represent that you are at least 18 years of age and have authority to enter into this Agreement. The Odometer Reading for the Vehicle you are purchasing is accurate unless indicated otherwise. Please refer to the Odometer Mileage Statement for full disclosure.

| YEAR 2013 | MAKE INFINITI | MODEL M37 | COLOR BLACK | STOCK NO. DM514284 |
|---|---|---|---|---|
| VIN/SERIAL NO. JN1BY1AP5DM514284 | | ODOMETER READING ☐ Not Accurate 13745 | SALESPERSON Rachel Nicole Anderson | |
| THE VEHICLE IS: ☐ NEW ☒ USED | PRIOR USE DISCLOSURE: ☐ DEMONSTRATOR ☐ FACTORY OFFICIAL/EXECUTIVE ☐ RENTAL ☐ LOAN CAR ☐ OTHER | | | |

**WARRANTY STATEMENT**

**We are selling this Vehicle to you AS-IS and we expressly disclaim all warranties, express and implied, including any implied warranties of merchantability and fitness for a particular purpose, unless we enter into a service contract with you at the time of, or within 90 days of, the date of this transaction. All warranties, if any, by a manufacturer or supplier other than our Dealership are theirs, not ours, and only such manufacturer or supplier shall be liable for performance under such warranties. We neither assume nor authorize any other person to assume for us any liability in connection with the sale of the Vehicle and related goods and services. CONTRACTUAL DISCLOSURE STATEMENT (USED VEHICLES ONLY) The information you see on the window form for this Vehicle is part of this contract. Information on the window form overrides any contrary provisions in the contract of sale. Traducción española: Vea el dorso.**

**OTHER MATERIAL UNDERSTANDINGS AND INTEGRATED DOCUMENTS**

PLEASE SEE ATTACHED DELIVERY CONFIRMATION

☒ IF BOX IS MARKED, PLEASE SEE ATTACHED DAMAGE DISCLOSURE

**DEALER'S INVENTORY TAX**

**Dealer's Inventory Tax: The Dealer's Inventory Tax charge is intended to reimburse the Dealer for ad valorem taxes on its motor vehicle inventory. The charge, which is paid by the Dealer to the county tax assessor-collector, is not a tax imposed on a consumer by the government, and is not required to be charged by the Dealer to the consumer.**

**DOCUMENTARY FEE**

***Documentary Fee: A documentary fee is not an official fee. A documentary fee is not required by law, but may be charged to buyers for handling documents relating to the sale. A documentary fee may not exceed a reasonable amount agreed to by the parties. This notice is required by law. Traducción española: Vea el dorso.**

GN030992 **TRADE-IN VEHICLE INFORMATION**

| Year: 2016 | Make: AUDI | Model: A6 | Color: BLACK |
|---|---|---|---|
| VIN/Serial No: WAUFGAFC7GN030992 | | Odometer Reading: ☐ Not Accurate 22159 | |
| Trade-In Allowance: 41000.00 | Balance Owed: 34261.61 | Lienholder: HUNTINGTON NATIONAL | |

**TRADE-IN VEHICLE INFORMATION (2)**

| Year: | Make: | Model: | Color: |
|---|---|---|---|
| VIN/Serial No: | | Odometer Reading: ☐ Not Accurate | |
| Trade-In Allowance: N/A | Balance Owed: N/A | Lienholder: | |

**LIEN TO**

Name: INFINITI FINANCIAL SERVICES
Address: PO BOX 254648 SACRAMENTO CA 95865-4648
Contacted: Lien Date: 03/22/2017
By: Mat. Date: 04/06/2022

| | | |
|---|---|---|
| CASH PRICE OF VEHICLE | $ | 27259.00 |
| OPTIONAL ACCESSORIES: ☐ See attached Addendum Sticker | $ | N/A |
| N/A | $ | 0.00 |
| N/A | $ | N/A |
| N/A | $ | N/A |
| N/A | $ | N/A |
| N/A | $ | N/A |
| N/A | $ | N/A |
| N/A | $ | N/A |
| TOTAL SELLING PRICE | $ | 27259.00 |
| LESS: TRADE-IN ALLOWANCE | $ | 41000.00 |
| N/A | $ | N/A |
| SUBTOTAL | $ | -13741.00 |
| N/A | $ | N/A |
| SALES TAX 6.25 % | $ | N/A |
| DEALER'S INVENTORY TAX | $ | 59.81 |
| N/A | $ | N/A |
| DOCUMENTARY FEE * | $ | 150.00 |
| DEPUTY SERVICE FEE | $ | N/A |
| STATE INSPECTION FEE | | 25.50 |
| LICENSE FEE | $ | 87.50 |
| TITLE FEE | $ | 33.00 |
| N/A | $ | N/A |
| N/A | $ | N/A |
| N/A | $ | N/A |
| TOTAL DUE | $ | -13385.19 |
| PLUS: BALANCE OWED ON TRADE-IN | $ | 34261.61 |
| N/A | $ | N/A |
| N/A | $ | N/A |
| N/A | $ | N/A |
| N/A | $ | N/A |
| N/A | $ | N/A |
| PARTIAL PAYMENT see reverse | | N/A |
| N/A | $ | N/A |
| UNPAID BALANCE DUE | $ | 20876.42 |

The front and back of this Agreement and any documents which are part of this transaction or incorporated herein comprise the entire agreement affecting this Retail Purchase Agreement and no other agreement or understanding of any nature concerning the same has been made or entered into, or will be recognized. I have read the terms and conditions of this Agreement, including the terms and conditions that appear on the reverse side and agree to them as if they were printed above my signature. I further acknowledge receipt of a copy of this Agreement. This Agreement shall not become binding until signed and accepted by an Authorized Dealership Representative.

Purchaser

Accepted by Authorized Dealership Representative

Purchaser

48066*1*SINH-FI

DealerCAP

CATALOG #6983171

© 2015 CDK Global, LLC Texas (11/15)

145487

**SEWELL** ODOMETER DISCLOSURE STATEMENT

Federal law (and State law, if applicable) requires that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I, RANDALL STEPHEN LEMER (TRANSFEROR'S NAME - PRINT) state that the odometer now reads 22159 (no tenths) miles and to the best of my knowledge that it reflects the actual mileage of the vehicle described below, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐ (2) I hereby certify that the odometer reading is NOT the actual mileage. WARNING - ODOMETER DISCREPANCY.

MAKE AUDI

MODEL A6 BODY TYPE SD

VEHICLE IDENTIFICATION NUMBER WAUFGAFC7GN030992

YEAR 2016 LICENSE NO.

TRANSFEROR'S NAME RANDALL STEPHEN LEMER (PRINTED NAME)

TRANSFEROR'S ADDRESS 6410 THREE FLOWER (STREET)

KINGWOOD (CITY) TX (STATE) 77345 (ZIP)

TRANSFEROR'S NAME [signature] (SELLER/AGENT)

TRANSFEROR'S NAME RANDALL STEPHEN LEMER (PRINTED NAME SAME AS SIGNATURE)

DATE OF STATEMENT 03/22/2017

TRANSFEREE'S NAME Sewell Infiniti of North Houston (PRINTED NAME SAME AS SIGNATURE)

TRANSFEREE'S ADDRESS 17825 NORTH FREEWAY (STREET)

HOUSTON (CITY) TX (STATE) 77090 (ZIP)

TRANSFEREE'S NAME [signature] (SIGNATURE)

Subscribed and sworn to before me on this ____ day of ____, ____

____ Notary Public ____ County, Texas.

47730*1*SINH-FI

EXHIBIT 6 (3 of 3)

145487

**SEWELL** **ODOMETER DISCLOSURE STATEMENT**

Federal law (and State law, if applicable) requires that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I, Sewell Infiniti of North Houston (TRANSFEROR'S NAME - PRINT) state that the odometer now reads 13745 (no tenths) miles and to the best of my knowledge that it reflects the actual mileage of the vehicle described below, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐ (2) I hereby certify that the odometer reading is NOT the actual mileage. WARNING - ODOMETER DISCREPANCY.

MAKE: INFINITI

MODEL: M37 BODY TYPE: SD

VEHICLE IDENTIFICATION NUMBER: JN1BY1AP5DM514284

YEAR: 2013 LICENSE NO.: TX 3/13

TRANSFEROR'S NAME: Sewell Infiniti of North Houston (PRINTED NAME)

TRANSFEROR'S ADDRESS: 17825 NORTH FREEWAY (STREET)
HOUSTON (CITY) TX (STATE) 77090 (ZIP)

TRANSFEROR'S NAME: [signature] (SELLER/AGENT)

TRANSFEROR'S NAME: PAMELA THOMAS BELL (PRINTED NAME SAME AS SIGNATURE)

DATE OF STATEMENT: 03/22/2017

TRANSFEREE'S NAME: RANDALL STEPHEN LEMER (PRINTED NAME SAME AS SIGNATURE)

TRANSFEREE'S ADDRESS: 6410 THREEFLOWER LN (STREET)
KINGWOOD (CITY) TX (STATE) 77345-2514 (ZIP)

TRANSFEREE'S NAME: [signature] (SIGNATURE)

Subscribed and sworn to before me on this ______ day of ______, ____

______ Notary Public ______ County, Texas.

47730*1*SINH-FI

# Exhibit 7

# Americans holding onto their cars longer than ever

208 SHARES

Phil LeBeau | @Lebeaucarnews
Wednesday, 29 Jul 2015 | 7:01 AM ET

Reluctant to get rid of that "classic" car in your garage?

According to new data from IHS Automotive, you're not alone.

As the average age of vehicles on the road has climbed to an all-time high of 11 1/2 years—up about one month compared to last year—nearly one out of every four vehicles in the U.S. was built before the year 2000.

It's the latest data point underscoring a trend that's been underway since the recession. According to IHS and the U.S. Department of Transportation, drivers on average are holding onto their vehicles for an extra year and a half as compared to 2007, when the average age of a U.S. vehicle was 10 years old.

Read More › Why millennials are leasing more cars than ever

"There are people driving these older vehicles, and they continue to hang on to them longer," said Mark Seng, a practice leader at IHS Automotive.


Jamie Garbutt | Getty Images

The recession was a big factor behind the initial shift. With many drivers crunched for cash and their vehicles already paid for, they either didn't want—or couldn't afford—to buy a new model. Meanwhile,

FROM THE WEB Sponsored Links by Taboola

Meet the sweatshirt opening new American factories
Business Insider | American Giant

Watch: The Hottest Little Biotech Small Cap on the Market Today!
FinanceSpotlight.com

Find Out the Skills You Need to Get Hired in Communications
Georgetown University

Find out Which Are the 10 Best SUVs under $25,000
Kelley Blue Book

by Taboola

China's Xi has one big message for Donald Trump

Syria attack is Trump's way of saying to North Korea: 'When I make a threat, I am serious'

Real estate mogul: In the 90s, I looked for Starbucks; now I buy when I see this

Frustration is soaring at Palm Beach County airport as Trump hogs everybody's airspace

Philippines' Duterte orders occupation of isles in disputed South China Sea

the quality of cars and trucks built over the last 20 to 25 years has rapidly improved, allowing drivers to wait longer before upgrading.

Prices for new cars and trucks have also steadily increased over the last decade. That's forced more buyers to take out longer loans, in an effort to keep their monthly payments as low as possible.

Read More › GM targets emerging markets with new lineup

As a result, IHS said the average length of ownership for a new vehicle has been extended even further. On average, buyers hold onto their new vehicle for 6.5 years. That compares to 2006, when new vehicles were held for an average 4.3 years.

Used vehicle buyers are also holding on to their cars and trucks longer, at an average 5.3 years. That's also more than two years longer than in 2006.



After years of moving higher, however, IHS predicts the trend is close to plateauing. That's partially because new vehicle sales are closing in on a record high, and are easily outpacing the number of old vehicles being scrapped.

Read More › Ferrari teases new supercar

What's more, new technology and America's need to stay connected are persuading more people to trade in their old cars and finally upgrade, Seng said.

"That could drive consumers to perhaps turn the cars over faster than we are seeing right now," he said.

***Questions? Comments?*** *BehindTheWheel@cnbc.com.*



Phil LeBeau
**CNBC Auto and Airline Industry Reporter**

Here's why analysts are not so upbeat about China's new megacity

MOST POPULAR



The most expensive house in Georgia is on the market for $48 million—take a look inside



Trump launches attack on Syria with 59 Tomahawk missiles



The government reported a 4.5% unemployment rate, but here's the realistic number



Job growth whiffs badly in March; unemployment rate falls to 4.5%



5. Russia has 'egg on their face' after Trump airstrike, says former US ambassador to Syria

**Sponsored**

1. 2017 Best Cars to Buy
2. Best Luxury Car Lease Deals
3. 2017 Best SUVs
4. Fleet Cars for Sale
5. Used Tesla Model S Cars

MORE FROM CNBC

by Taboola





# Exhibit 8



# NADAguides Price Report

3/27/2017

## 2014 INFINITI QX60

Utility 4D 2WD V6

## Values

| | Rough Trade-In | Average Trade-In | Clean Trade-In | Clean Retail |
|---|---|---|---|---|
| **Base Price** | **$22,175** | **$24,375** | **$26,225** | **$29,075** |
| **Mileage (40,623)** | **$450** | **$450** | **$450** | **$450** |
| **Total Base Price** | **$22,625** | **$24,825** | **$26,675** | **$29,525** |
| **Options:** | | | | |
| Luggage Rack | $50 | $50 | $50 | $75 |
| Rear Entertainment System | $675 | $675 | $675 | $750 |
| **Price with Options** | **$23,350** | **$25,550** | **$27,400** | **$30,350** |

**Rough Trade-In** - Rough Trade-In values reflect a vehicle in rough condition. Meaning a vehicle with significant mechanical defects requiring repairs in order to restore reasonable running condition. Paint, body and wheel surfaces have considerable damage to their finish, which may include dull or faded (oxidized) paint, small to medium size dents, frame damage, rust or obvious signs of previous repairs. Interior reflects above average wear with inoperable equipment, damaged or missing trim and heavily soiled /permanent imperfections on the headliner, carpet, and upholstery. Vehicle may have a branded title and un-true mileage. Vehicle will need substantial reconditioning and repair to be made ready for resale. Some existing issues may be difficult to restore. Because individual vehicle condition varies greatly, users of NADAguides.com may need to make independent adjustments for actual vehicle condition.

**Average Trade-In** - The Average Trade-In values on nadaguides.com are meant to reflect a vehicle in average condition. A vehicle that is mechanically sound but may require some repairs/servicing to pass all necessary inspections; Paint, body and wheel surfaces have moderate imperfections and an average finish and shine which can be improved with restorative repair; Interior reflects some soiling and wear in relation to vehicle age, with all equipment operable or requiring minimal effort to make operable; Clean title history; Vehicle will need a fair degree of reconditioning to be made ready for resale. Because individual vehicle condition varies greatly, users of nadaguides.com may need to make independent adjustments for actual vehicle condition.

**Clean Trade-In** - Clean Trade-In values reflect a vehicle in clean condition. This means a vehicle with no mechanical defects and passes all necessary inspections with ease. Paint, body and wheels have minor surface scratching with a high gloss finish and shine. Interior reflects minimal soiling and wear with all equipment in complete working order. Vehicle has a clean title history. Vehicle will need minimal reconditioning to be made ready for resale. Because individual vehicle condition varies greatly, users of NADAguides.com may need to make independent adjustments for actual vehicle condition.

**Clean Retail** - Clean Retail values reflect a vehicle in clean condition. This means a vehicle with no mechanical defects and passes all necessary inspections with ease. Paint, body and wheels have minor surface scratching with a high gloss finish and shine. Interior reflects minimal soiling and wear with all equipment in complete working order. Vehicle has a clean title history. Because individual vehicle condition varies greatly, users of NADAguides.com may need to make independent adjustments for actual vehicle condition. Note: Vehicles with low mileage that are in exceptionally good condition and/or include a manufacturer certification can be worth a significantly higher value than the Clean Retail price shown.

© Copyright 2017 National Appraisal Guides, Inc., all rights reserved. National Appraisal Guides, Inc is a strategic ally of J D Power and Associates © J D Power and Associates 2017, all rights reserved.




# NADAguides Price Report

3/27/2017

# 2014 INFINITI QX60

Utility 4D 2WD V6

## Values

| | Rough Trade-In | Average Trade-In | Clean Trade-In | Clean Retail |
|---|---|---|---|---|
| **Base Price** | **$22,175** | **$24,375** | **$26,225** | **$29,075** |
| **Mileage (45,384)** | **N/A** | **N/A** | **N/A** | **N/A** |
| **Total Base Price** | **$22,175** | **$24,375** | **$26,225** | **$29,075** |
| **Options:** | | | | |
| Luggage Rack | $50 | $50 | $50 | $75 |
| Rear Entertainment System | $675 | $675 | $675 | $750 |
| **Price with Options** | **$22,900** | **$25,100** | **$26,950** | **$29,900** |

**Rough Trade-In** - Rough Trade-In values reflect a vehicle in rough condition. Meaning a vehicle with significant mechanical defects requiring repairs in order to restore reasonable running condition. Paint, body and wheel surfaces have considerable damage to their finish, which may include dull or faded (oxidized) paint, small to medium size dents, frame damage, rust or obvious signs of previous repairs. Interior reflects above average wear with inoperable equipment, damaged or missing trim and heavily soiled /permanent imperfections on the headliner, carpet, and upholstery. Vehicle may have a branded title and un-true mileage. Vehicle will need substantial reconditioning and repair to be made ready for resale. Some existing issues may be difficult to restore. Because individual vehicle condition varies greatly, users of NADAguides.com may need to make independent adjustments for actual vehicle condition.

**Average Trade-In** - The Average Trade-In values on nadaguides.com are meant to reflect a vehicle in average condition. A vehicle that is mechanically sound but may require some repairs/servicing to pass all necessary inspections; Paint, body and wheel surfaces have moderate imperfections and an average finish and shine which can be improved with restorative repair; Interior reflects some soiling and wear in relation to vehicle age, with all equipment operable or requiring minimal effort to make operable; Clean title history; Vehicle will need a fair degree of reconditioning to be made ready for resale. Because individual vehicle condition varies greatly, users of nadaguides.com may need to make independent adjustments for actual vehicle condition.

**Clean Trade-In** - Clean Trade-In values reflect a vehicle in clean condition. This means a vehicle with no mechanical defects and passes all necessary inspections with ease. Paint, body and wheels have minor surface scratching with a high gloss finish and shine. Interior reflects minimal soiling and wear with all equipment in complete working order. Vehicle has a clean title history. Vehicle will need minimal reconditioning to be made ready for resale. Because individual vehicle condition varies greatly, users of NADAguides.com may need to make independent adjustments for actual vehicle condition.

**Clean Retail** - Clean Retail values reflect a vehicle in clean condition. This means a vehicle with no mechanical defects and passes all necessary inspections with ease. Paint, body and wheels have minor surface scratching with a high gloss finish and shine. Interior reflects minimal soiling and wear with all equipment in complete working order. Vehicle has a clean title history. Because individual vehicle condition varies greatly, users of NADAguides.com may need to make independent adjustments for actual vehicle condition. Note: Vehicles with low mileage that are in exceptionally good condition and/or include a manufacturer certification can be worth a significantly higher value than the Clean Retail price shown.

© Copyright 2017 National Appraisal Guides, Inc., all rights reserved National Appraisal Guides, Inc. is a strategic ally of J.D. Power and Associates © J.D. Power and Associates 2017, all rights reserved.

# Exhibit 9

EXHIBIT 9 (1 of 2)






# NADAguides Price Report

4/7/2017

## 2016 Audi A6-V6

### Sedan 4D 3.0T Premium Plus AWD

## Values

| | Rough Trade-In | Average Trade-In | Clean Trade-In | Clean Retail |
|---|---|---|---|---|
| **Base Price** | **$36,575** | **$39,000** | **$41,025** | **$44,600** |
| **Mileage (17,398)** | **$700** | **$700** | **$700** | **$700** |
| **Total Base Price** | **$37,275** | **$39,700** | **$41,725** | **$45,300** |
| **Options:** | | | | |
| S-Line Sport Pkg. | $1,000 | $1,000 | $1,000 | $1,125 |
| **Price with Options** | **$38,275** | **$40,700** | **$42,725** | **$46,425** |

**Rough Trade-In** - Rough Trade-In values reflect a vehicle in rough condition. Meaning a vehicle with significant mechanical defects requiring repairs in order to restore reasonable running condition. Paint, body and wheel surfaces have considerable damage to their finish, which may include dull or faded (oxidized) paint, small to medium size dents, frame damage, rust or obvious signs of previous repairs. Interior reflects above average wear with inoperable equipment, damaged or missing trim and heavily soiled /permanent imperfections on the headliner, carpet, and upholstery. Vehicle may have a branded title and un-true mileage. Vehicle will need substantial reconditioning and repair to be made ready for resale. Some existing issues may be difficult to restore. Because individual vehicle condition varies greatly, users of NADAguides.com may need to make independent adjustments for actual vehicle condition.

**Average Trade-In** - The Average Trade-In values on nadaguides.com are meant to reflect a vehicle in average condition. A vehicle that is mechanically sound but may require some repairs/servicing to pass all necessary inspections; Paint, body and wheel surfaces have moderate imperfections and an average finish and shine which can be improved with restorative repair; Interior reflects some soiling and wear in relation to vehicle age, with all equipment operable or requiring minimal effort to make operable; Clean title history; Vehicle will need a fair degree of reconditioning to be made ready for resale. Because individual vehicle condition varies greatly, users of nadaguides.com may need to make independent adjustments for actual vehicle condition.

**Clean Trade-In** - Clean Trade-In values reflect a vehicle in clean condition. This means a vehicle with no mechanical defects and passes all necessary inspections with ease. Paint, body and wheels have minor surface scratching with a high gloss finish and shine. Interior reflects minimal soiling and wear with all equipment in complete working order. Vehicle has a clean title history. Vehicle will need minimal reconditioning to be made ready for resale. Because individual vehicle condition varies greatly, users of NADAguides.com may need to make independent adjustments for actual vehicle condition.

**Clean Retail** - Clean Retail values reflect a vehicle in clean condition. This means a vehicle with no mechanical defects and passes all necessary inspections with ease. Paint, body and wheels have minor surface scratching with a high gloss finish and shine. Interior reflects minimal soiling and wear with all equipment in complete working order. Vehicle has a clean title history. Because individual vehicle condition varies greatly, users of NADAguides.com may need to make independent adjustments for actual vehicle condition. Note: Vehicles with low mileage that are in exceptionally good condition and/or include a manufacturer certification can be worth a significantly higher value than the Clean Retail price shown.

© Copyright 2017 National Appraisal Guides, Inc., all rights reserved. National Appraisal Guides, Inc is a strategic ally of J.D. Power and Associates. © J.D. Power and Associates 2017, all rights reserved.



# NADAguides Price Report

4/7/2017

# 2016 Audi A6-V6

## Sedan 4D 3.0T Premium Plus AWD

## Values

| | Rough Trade-In | Average Trade-In | Clean Trade-In | Clean Retail |
|---|---|---|---|---|
| **Base Price** | **$36,575** | **$39,000** | **$41,025** | **$44,600** |
| **Mileage (22,159)** | **N/A** | **N/A** | **N/A** | **N/A** |
| **Total Base Price** | **$36,575** | **$39,000** | **$41,025** | **$44,600** |
| **Options:** | | | | |
| S-Line Sport Pkg. | $1,000 | $1,000 | $1,000 | $1,125 |
| **Price with Options** | **$37,575** | **$40,000** | **$42,025** | **$45,725** |

**Rough Trade-In** - Rough Trade-In values reflect a vehicle in rough condition. Meaning a vehicle with significant mechanical defects requiring repairs in order to restore reasonable running condition. Paint, body and wheel surfaces have considerable damage to their finish, which may include dull or faded (oxidized) paint, small to medium size dents, frame damage, rust or obvious signs of previous repairs. Interior reflects above average wear with inoperable equipment, damaged or missing trim and heavily soiled /permanent imperfections on the headliner, carpet, and upholstery. Vehicle may have a branded title and un-true mileage. Vehicle will need substantial reconditioning and repair to be made ready for resale. Some existing issues may be difficult to restore. Because individual vehicle condition varies greatly, users of NADAguides.com may need to make independent adjustments for actual vehicle condition.

**Average Trade-In** - The Average Trade-In values on nadaguides.com are meant to reflect a vehicle in average condition. A vehicle that is mechanically sound but may require some repairs/servicing to pass all necessary inspections; Paint, body and wheel surfaces have moderate imperfections and an average finish and shine which can be improved with restorative repair; Interior reflects some soiling and wear in relation to vehicle age, with all equipment operable or requiring minimal effort to make operable; Clean title history; Vehicle will need a fair degree of reconditioning to be made ready for resale. Because individual vehicle condition varies greatly, users of nadaguides.com may need to make independent adjustments for actual vehicle condition.

**Clean Trade-In** - Clean Trade-In values reflect a vehicle in clean condition. This means a vehicle with no mechanical defects and passes all necessary inspections with ease. Paint, body and wheels have minor surface scratching with a high gloss finish and shine. Interior reflects minimal soiling and wear with all equipment in complete working order. Vehicle has a clean title history. Vehicle will need minimal reconditioning to be made ready for resale. Because individual vehicle condition varies greatly, users of NADAguides.com may need to make independent adjustments for actual vehicle condition.

**Clean Retail** - Clean Retail values reflect a vehicle in clean condition. This means a vehicle with no mechanical defects and passes all necessary inspections with ease. Paint, body and wheels have minor surface scratching with a high gloss finish and shine. Interior reflects minimal soiling and wear with all equipment in complete working order. Vehicle has a clean title history. Because individual vehicle condition varies greatly, users of NADAguides.com may need to make independent adjustments for actual vehicle condition. Note: Vehicles with low mileage that are in exceptionally good condition and/or include a manufacturer certification can be worth a significantly higher value than the Clean Retail price shown.

© Copyright 2017 National Appraisal Guides, Inc., all rights reserved. National Appraisal Guides, Inc. is a strategic ally of J.D. Power and Associates. © J.D. Power and Associates 2017, all rights reserved.

# Exhibit 10

NICO Club

Nissan Forums | Infiniti Forums




- Nissan Forums
- Infiniti Forums
- Truck & SUV Forums
- Datsun Forums
- **Marketplace**
    - Advertise on NICOclub
    - Advertisers Directory
    - Fabricators' Marketplace
- CLASSIFIEDS
- PRODUCT REVIEWS
- TEST DRIVES
- SERVICE MANUALS

# Information on the Infiniti Vehicle Purchase Program (VPP)

December 31, 2009 by Greg

Tweet Like 0 G+1 0 Share

**Applied Vehicles:** Not Applicable
**Estimated Labor Time:** Not Applicable
**Estimated Total Cost:** Not Applicable

**Difficulty Rating:** Not Applicable
**Written By:** infiniti_lineup (Eric)

Find related tutorials and information on your vehicle in NICOclub's **Nissan Forums & Infiniti Forums**

**March 1, 2006**

**To: All Infiniti Retailers**
**Subject: Infiniti Vehicle Purchase Program**

The Infiniti Vehicle Purchase Program (VPP) provides special vehicle purchase opportunities to our best customers; our own Infiniti Employees and Infiniti's Business Associates.

**Retailer benefits**
VPP purchases count as retail sales and therefore qualify towards retail objective attainment and are also eligible for retro bonus payments.

Retailers also earn a dealer delivery fee (payment) for each VPP sale or lease.

Eligible VPP participants (please visit http://www.vehiclepurchaseprogram.com for a complete listing):

- →A Plan: Direct full-time NNA employees & immediate family members (children, mother, father, brother, sister & in-laws) and NNA retirees.
- →B Plan: Direct full time employees of Affiliate company employees; NDA, Nissan Forklift, etc., & immediate family members (children, mother, father, brother, sister & in-laws) and affiliate retirees.
- →C Plan: Extended family (uncle, aunt, nephew, niece & cousin) and Friends of NNA employees. Full-time employees of Nissan may sponsor up to four (4) extended family members or friends purchases per year. Please note that employees of authorized Nissan and Infiniti dealerships are considered Business Associates (D Plan) and therefore are not eligible to sponsor family members or friends as part of the C Plan.
- →D Plan: Business associates; full time employees of eligible vendors to NNA & its affiliates, in addition to employees of authorized Infiniti dealerships. Please note that D plan participants are not eligible to sponsor family members or friends.

**VPP vehicle pricing**
VPP pricing is most easily calculated online utilizing the VPP claim number provided by the customer, and visiting NNANet or http://www.vehiclepurchaseprogram.com. VPP pricing may also be manually calculated as follows:

- ***A/B Plan:***
  →Retailer invoice (less D&H)
  →VPP discount (3.58% of line 1)
  →VPP net price (line 1 – line 2)
  →Retailer installed options (IEEPP, accys., etc.)
  →D&H fee (from invoice)
  →Cust. incentive (from current C&I)
  →VPP purchase price (line 3+4+5-6)
  →*Retailer delivery payment is 5% of line 3*

- ***C/D Plan:***
  →Retailer invoice (less D&H)
  →VPP discount (1.65% of line 1)
  →VPP net price (line 1 – line 2)
  →Retailer installed options (IEEPP, accessories, etc.)
  →Retailer delivery fee (2.5% of line 3)
  →D&H (from invoice)
- →Cust. incentive (from current C&I)
- →VPP purchase price (3+4+5+6-7)
- →*Retailer delivery payment is 2.5% of line 3*

Any Retailer-installed accessories, service contracts, trade negative equity (if applicable), registration fees, title fees and taxes are added to the VPP price to determine the total cost of purchase.

Infiniti new vehicles may also be leased through VPP. In some cases, IFS lease cash is also offered, however either the customer cash or the IFS lease cash may be utilized for the VPP sale (not both). Dealers should contact their IFS representative or their Infiniti national sales support team if there is a question regarding IFS lease incentive or support applicability to a VPP sale.

**VPP customer incentives**
In support of this program, all current retail customer cash vehicle incentives are offered in addition to the VPP discount.